# Exhibit G

# REDACTED FOR ATTORNEY-CLIENT PRIVILEGE

**From:** "Turner,James" <James.Turner@thehartford.com>
**Date:** May 20, 2020 at 3:17:33 PM CDT
**To:** "ROBERT A. LEVY, D.M.D., LLC" <contact@robertlevydental.com>
**Subject: The Hartford Property Claim Communication for Event #CP0018736269**


The Hartford

Insured: ROBERT A. LEVY, D.M.D., LLC
Claimant: _
Event Number: CP0018736269
Date of Loss: May 15, 2020

Dear ROBERT A. LEVY, D.M.D., LLC,

I am writing today in regards to the commercial property claim that was filed in response to the Covid 19 virus. I left a voicemail for you but wanted to follow up with you via email as well. I am attempting to gather more information regarding the specifics of your claim. If you could please contact me to discuss your claim I would greatly appreciate it. I can be reached directly at 860-509-9145 and please reference claim number CP0018736269.

If you would prefer to communicate via email I will need the following information. Please reply to this email with your responses.

1. Is your business closed or is the normal operation of your business suspended for reasons related to Coronavirus?

i. Yes, Closed
ii. Yes, Operations partially suspended
iii. No, Fully Operational

2. Have you confirmed the presence of an individual with Coronavirus at your premises?

i. Yes, an owner, employee, or customer on my premises was diagnosed by a medical professional with Coronavirus.
ii. No

3. Are you suffering from a loss of business income because you have had to close or limit your business as a result of an order?

i. Yes, my business is closed due to an order specific to my premises. (Ex: Board of health or other governing entity required your specific premises to shutdown)
ii. Yes, my business is closed or limited due to a broad order limiting or directing the closure of businesses like mine.
iii. No

4. Are your operations impacted because a business that you depend on to deliver or receive goods or services was impacted by Coronavirus?

i. Yes, an individual diagnosed with Coronavirus was on the premises owned by others that my business depends on.
ii. Yes, a premises owned by others that my business depends on is not operational, but I do not believe they have confirmed any individual with Coronavirus on premises.
iii. No

If you have any additional questions please let me know. I look forward to speaking with you. _


Sincerely,
James Turner
ASR
Fax: 866-809-0964
James.Turner@thehartford.com

Privacy Policy | Terms of Use | Contact Us | Update Preferences

This communication was sent to:ROBERT A. LEVY, D.M.D., LLC via Email

Writing Company: Hartford Casualty Insurance Company

This email was sent by: The Hartford
P.O. Box 14268, Lexington, KY, 40512-4268, United States of America United States © 2020. The Hartford