# Exhibit A

**FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROBERT A. LEVY, D.M.D., LLC, et al., ) | |
| on behalf of ) | |
| themselves and all others similarly situated, ) | |
| ) | |
|         Plaintiffs, ) | |
| ) | Case No.: 4:20-cv-00643-SRC |
| v. ) | |
| ) | |
| HARTFORD FINANCIAL SERVICES ) | |
| GROUP INC, DBA THE HARTFORD, ) | |
| et al. ) | |
| ) | |
|         Defendants. ) | |

**<u>DECLARATION OF ROXANNA K. CARR</u>**

I, Roxanna K. Carr, hereby declare as follows:

1. I am a paralegal employed by the Law Office of Richard S. Cornfeld, LLC. I make this Declaration under penalty of perjury based on my personal knowledge.

2. I write this Declaration to identify Exhibits to Plaintiffs' Memorandum in Opposition to Hartford Services Group, Inc.'s Motion to Dismiss

3. Exhibit B is a true and correct copy of a page from Bloomberg.com entitled, "Douglas G Elliot 'Doug.'" It is available at https://www.bloomberg.com/profile/person/3700927 (accessed 9/11/2020).

4. Exhibit C is a true and correct copy of a page from linkedin.com entitled, Lisa Levin. It is available at https://www.linkedin.com/in/lisa-levin-a2297b4a/ (accessed 9/11/2020).

5. Exhibit D is a true and correct copy of a page from linkedin.com entitled, Susan Castaneda. It is available at https://www.linkedin.com/in/susan-castaneda-8479b950/ (accessed 9/11/2020).

6. Exhibit E is a true and correct copy of a photo with its caption, taken from a page on complianceweek.com entitled, Photos: Compliance Week 2019. The page is available at

1

https://www.complianceweek.com/best-of-cw2019/photos-compliance-week-2019/27132.article

(accessed 9/11/2020). It can be found by scrolling through a series of photos.

7.   Exhibit F is a true and correct copy of a page from facebook.com entitled, "Jackie Beamish."

It is available at https://www.facebook.com/Jbeamer43 (accessed 9/11/2020).

8.   Exhibit G is a true and correct copy of a page from zoominfo.com entitled, "Charles

Weiner." It is available at https://www.zoominfo.com/p/Charles-Weiner/-1814767848 (accessed

9/11/2020).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on this 11th day of September, 2020.


*/s/ Roxanna K. Carr*

Roxanna K. Carr