# Exhibit B

Case: 4:20-cv-00643-SRC Doc. #: 33-2 Filed: 09/11/20 Page: 2 of 4 PageID #: 1449

Menu     Search     **Bloomberg**     Sign In     Subscribe

**Quick Links**    Stocks    Currencies    Commodities    Rates & Bonds    Sectors    Watchlist

RECENTLY VIEWED COMPANIES



# Douglas G Elliot "Doug"
President, Hartford Financial Srvcs Group

**CURRENT POSITION**
President, Hartford Financial Srvcs Group

**TENURE AT CURRENT POSITION**
7/2014-PRESENT

**PREVIOUS POSITION**
President, Hartford Life Insurance Co

**EDUCATION**
University of Connecticut

**BOARD MEMBERSHIPS**
Navigators Group Inc
Hartford Hospital

**INDUSTRY**
Insurance

**CURRENT PRICE**
**HIG:US**   38.42 USD ▼ -0.48 -1.23%    AS OF 01:55 PM EDT 09/11/2020    SEE QUOTE

## Board Memberships

| TITLE | COMPANY | TENURE |
| --- | --- | --- |
| **Board Member** | Navigators Group Inc | 05/2019–PRESENT |
| **Chairman** | Hartford Hospital | PRESENT |
| **Board Member** | Travelers Property Casualty | FORMER |

VIEW MORE ∨

## Other Memberships

Case: 4:20-cv-00643-SRC Doc. #: 33-2 Filed: 09/11/20 Page: 3 of 4 PageID #: 1450

| TITLE | COMPANY |
|---|---|
| **BOARD MEMBER** | American Insurance Assn |
| **BOARD MEMBER** | UConn Foundation |
| **CHAIRMAN** | Hartford Hospital |

# Career History

| TITLE | COMPANY | TENURE |
|---|---|---|
| **President** | Hartford Financial Srvcs Group | 07/2014–PRESENT |
| **President** | Hartford Accident & Indemnity | PRESENT |
| **President** | Hartford Life & Accident Insurance Co | PRESENT |

VIEW MORE ∨

# Education

| DEGREE | INSTITUTION |
|---|---|
| **BACHELOR'S DEGREE** | University of Connecticut |

# About Hartford Financial Services Group Inc/The

The Hartford Financial Services Group, Inc. provides a range of insurance products. The Company's products include property and casualty insurance, group benefits, and mutual funds. Hartford Financial Services Group operates in the United States.

| SECTOR | INDUSTRY | SUB-INDUSTRY | FOUNDED |
|---|---|---|---|
| Financials | Insurance | P&C Insurance | 12/09/1985 |

| ADDRESS | | | PHONE |
|---|---|---|---|
| 1 Hartford Plaza 690 Asylum Avenue Hartford, CT 06155 United States | | | 1-860-547-5000 |

| WEBSITE | | NO. OF EMPLOYEES | |
|---|---|---|---|
| www.thehartford.com | | 19500 | |

MORE INFO >

Case: 4:20-cv-00643-SRC Doc. #: 33-2 Filed: 09/11/20 Page: 4 of 4 PageID #: 1451



Terms of Service   Do Not Sell My Info (California)   Trademarks   Privacy Policy
©2020 Bloomberg L.P. All Rights Reserved
Careers   Made in NYC   Advertise   Ad Choices     Contact Us   Help