# Exhibit C

Case: 4:20-cv-00643-SRC   Doc. #:  33-3   Filed 09/11/20   Page: 2 of 5 PageID #: 1453

in | Q Search | 🏠 | 👥¹ | 💼 | 💬¹⁴ | 🔔²³ | ⬤ | ⋮⋮⋮ Try Premium Free for 1 Month

**$500/hr Advisory Roles** - Many companies are seeking paid Business Advi



### Lisa Levin · 3rd

Assistant General Counsel, Corporate Law Group

Hartford, Connecticut Area · 206 connections · **Contact info**

   Message

 Saint Louis University of Law

## About

Experienced, strategic and trusted corporate and regulatory attorney with almost 15 years of demonstrated resu delivering sound and solution-oriented legal advice to clients on federal securities law and state insurance law, corporate governance and general corporate matters. Leader of enterprise initiatives on corporate sustain      …

## Experience



**The Hartford Financial Services Group, Inc.**
13 yrs 1 mo

○ **Assistant General Counsel**
Jun 2012 – Present · 8 yrs 4 mos
Hartford, CT

Advise on corporate governance for publicly held financial services company including review of corporate governance guidelines, committee charters and public disclosures. Draft and counsel on corporate and financial disclosures for Securities Exchange Act of '34 reports and proxy statement. Advise on earnings materials including news release
Provide counsel to Finance, Investor Relations, Com        Messaging    14

    

**Compliance Advisor**
Sep 2007 – Jun 2012 · 4 yrs 10 mos
Simbsury, Connecticut

Advised Wealth Management business on state regu
annuity product development, new business operati
distribution. Developed policies and procedures to i
corrective action. Partnered with industry groups to



**Legal Auditor**
Chubb Insurance
Sep 2005 – Aug 2007 · 2 yrs

Litigation cost management auditing of complex, m

**Assistant Attorney General**
Wisconsin Department of Justice
Sep 1986 – Mar 1994 · 7 yrs 7 mos
Madison, Wisconsin

Represented the Wisconsin Department of Natural R
Department of Natural Resources ("DNR") in state a
impression, State v. Rollfink, 162 Wis. 2d 121, 475 N.
oversight responsibility personally liable for violatio

## Education



**Saint Louis University School of Law**
Doctor of Law (J.D.)
1983 – 1986
Activities and Societies: Member, Moot Court Team; Interned St.Louis County Public Defender'sOffice; National Children's Law Center



**University of Wisconsin-Madison**
Bachelor of Science (B.Sc.), Education
1977 – 1981

## Licenses & Certifications

**Mediation Training Certification, Center on I**
Quinnipiac University School of Law

Messaging  14



Case: 4:20-cv-00643-SRC   Doc. #:  33-3   Filed: 09/11/20   Page: 5 of 5 PageID #: 1456

