# Exhibit D

 Search     Try Premium Free for 1 Month

**$500/hr Advisory Roles -** Many companies are seeking paid Business Advi



### Susan Castaneda · 3rd
P&C Compliance Officer at The Hartford
San Diego, California · 500+ connections · **Contact info**

 Message 

 San Diego State Unive California State Unive

## Experience



**The Hartford**
14 yrs 9 mos

**Vice President and P&C Compliance Officer**
Full-time
Nov 2019 – Present · 11 mos
Hartford, Connecticut Area

**AVP Enterprise Compliance**
Feb 2011 – Nov 2019 · 8 yrs 10 mos

Lead a team of four individuals who support Enterprise Business Services, Digital and Sales & Distribution with an emphasis on execution of compliant business practices, implementation of regulatory requirements and remediation of corrective action items. Provide compliance leadership and risk based problem solving over strategic initiatives and complex business projects i …**see mor**

**Director P & C Operations/Sales**
Mar 2009 – Feb 2011 · 2 yrs
San Diego, CA

Direct daily operations of 225 member team. Partici
countrywide operational execution, workforce plann    Messaging    14

Search

**Compliance Director**
Jan 2006 – Mar 2009 · 3 yrs 3 mos

## Education

**San Diego State University-California State U**
Liberal Arts
2003 – 2006

**Junipero Serra High School**
High School
1984 – 1988

Messaging 14

