# Exhibit G





Directories | Email Finder | Top Companies | Company Search | People Search | Solutions | About Us

Charles Weimer | Company | Org Chart | News & Media | Similar Profiles | Search People | Sign Up

# Charles Weimer

Export

ASR Outside at The Hartford Financial Services Group , Inc.

A+

Access Charles's Contact Information

Share

## Charles Weimer Contact Information

| | |
|---|---|
| Last Update | 5/8/2020 6:23 PM |
| Email | c***@thehartford.com Get Email Address |
| Direct Phone | (860) ***-**** Get Phone Number |
| HQ Phone | (860) 547-5000 |
| Company | The Hartford Financial Services Group , Inc. |
| Location | One Hartford Plaza, Hartford, Connecticut, 06155, United States |

Update Profile | Wrong Charles Weimer?

## View Colleagues

**Sean Meehan**
Assistant VP, Comme
Lines, Business In...
Phone | Emai

**Cedric Wilson**
Regional Director
Phone | Emai

**Brenna Maloney**
Small Commercial Sa
Representative
Phone | Emai

**Ajay Murali**
Non-Employee and Contractor
Phone | Emai

**Dom DiCioccio**
Manager, Middle Marl
Sales & Underwriting
Phone | Emai

**Lauren Elia**
Claims Representativ
Phone | Emai

Find more contacts

## Charles Weimer Current Workplace

The Hartford Financial Services Group , Inc.

**Location**
One Hartford Plaza, Hartford, Connecticut, 06155, United States

**Industry**
Insurance, Banking, Finance, ...See More

**Description**
Founded in 1810, The Hartford provides insurance services to both consumers and businesses. Some of the services they offer include automobile insurance, home insurance, liability insurance, and more. This company is headquartered in Hartford, Connec... Read More

Discover more about The Hartford Financial Services Group , Inc.

## Organization Chart - The Hartford Financial Services Group , Inc.

# We have who you are looking for

Information without innovation is just data

View Charles's Full Org-Chart

## Recent News About Charles Weimer

Scoops | Intent

Scoops about The Hartford Financial Services Group , Inc.

| Date | Description | | Category | Type |
|---|---|---|---|---|
| Sep 8 2020 | The Hartford Financial Services Group , Inc. has introduced a new | Read All | Sales | Project |
| Sep 5 2020 | The Hartford Financial Services Group , Inc. has partnered with | Read All | Legal Affairs | Project |
| Sep 4 2020 | The Hartford Financial Services Group , Inc. is planning to reduce the | Read All | Financial Planning | Project |
| Aug 31 2020 | The Hartford Financial Services Group , Inc. has added information to its | Read All | Infrastructure | Project |

## Get real Scoops about The Hartford Financial Services Group , Inc.

Start Free

Start a 14-day free trial

## Similar Profiles

Profiles With a Similar Job Title And Industry

Profiles With a Similar Job Title And Location

Other People Whose Last Name Is Weimer

**Directories**

| Email Finder | Top Companies | Company Search | People Search | Solutions | About Us |

**Charles Weimer** | Company | Org Chart | News & Media | Similar Profiles | Search People | Sign Up

**Estevan Yslas**
The Hartford Financial Services Group , Inc.

**Dana Gray**
Talcott Resolution

Charlie Weimer
ClearWater inc.

**Cliff Weimer**
L J S LAWN MAINTENANCE INC

**Kurt Kahle**
The Hartford Financial Services Group , Inc.

**Frank Spano**
The Hartford Financial Services Group , Inc.

**Pamela Weimer**
St. Pauls Lutheran School

**Ro Gallegos**
The Hartford Financial Services Group , Inc.

**Susan Ferrante**
American Automobile Association (AAA)

**Show More**

**Show More**

## Frequently Asked Questions regarding Charles Weimer

**What company does Charles Weimer work for?**
Charles Weimer works for The Hartford Financial Services Group , Inc.

**What is Charles Weimer's role in The Hartford Financial Services Group , Inc.?**
Charles Weimer's role in The Hartford Financial Services Group , Inc. is ASR Outside

**What is Charles Weimer's email address?**
Charles Weimer's email address is c***@thehartford.com

**What is Charles Weimer's business email address?**
Charles Weimer's business email address is c***@thehartford.com

**What is Charles Weimer's direct phone number?**
Charles Weimer's direct phone number is (860) ***-****

**What is Charles Weimer's HQ phone number?**
Charles Weimer's HQ phone number is (860) 547-5000

**Which industry does Charles Weimer work in?**
Charles Weimer works in the industry of Insurance, Banking, Finance.
... See More

**Who are Charles Weimer's peers at other companies?**
Charles Weimer's peers at other companies are Mark Block, Carla Rowley, Estevan Yslas, Kurt Kahle, Ro Gallegos.

**Who are Charles Weimer's colleagues?**
Charles Weimer's colleagues are Sean Meehan, Cedric Wilson, Brenna Maloney, Ajay Murali.

**See more information about Charles Weimer**

## Browse ZoomInfo's Directories

Find Contacts | Find Companies