# EXHIBIT 2



www.thehartford.com

The Hartford Insurance (https://www.thehartford.com) /

# Business Insurance





## Get Great Business Coverage in Minutes

All it takes is a few clicks.

### Quote Today (https://smallbizquote.thehartford.com/app/index.html#?prcd=76210775&Tcode=TH040001)

 4.8/5 Star Claims Experience*   (17003 reviews (#reviews))



[(#)](#)

# Popular Business Insurance Solutions to Meet Your Needs

Business insurance, also known as **commercial insurance [(https://www.thehartford.com/commercial-insurance)](https://www.thehartford.com/commercial-insurance)**, helps protect business owners from unexpected losses.

Get a **business insurance quote** (https://smallbizquote.thehartford.com/app/index.html#?prcd=76210775&Tcode=TH040001) to learn more. For the last 50 years, we've helped countless companies and their employees. In fact, more than 16,000 of them have given us a 4.8 star claims rating.*

There are many types of insurance policies that protect the company you've worked hard to build, including coverage for business property damage, legal liability and employee-related risks.

Business insurance can also help replace lost wages if your employees have a work-related injury or illness and need time to recover.



## Importance of Business Insurance Coverage

In most states, your business needs certain coverages, like **workers' compensation insurance** (https://www.thehartford.com/workers-compensation) and unemployment insurance to operate. Workers' comp helps your employees if they suffer a work-related injury or illness by helping pay their medical expenses and missed wages while they recover.

**Liability insurance** (https://www.thehartford.com/liability-insurance) is also important because it helps pay the legal fees associated with lawsuits filed against you. Without these coverages protecting your business, you'll have to pay out of pocket for claims.

## Choose the Best Business Insurance Options

## Top Recommended Insurance for Business Owners

To protect your business' property, income and financial assets, you'll want a **Business Owner's Policy (BOP)** (https://www.thehartford.com/business-owners-policy), which combines important coverages into one, including:

**Business property insurance** (https://www.thehartford.com/commercial-property-insurance) for help covering the costs to repair or replace your business':

- Physical locations
- Tools
- Computers
- Inventory
- Accounts receivable

**General liability insurance** (https://www.thehartford.com/general-liability-insurance) to help protect your business from liability claims, like:

- Bodily injury
- Property damage
- Advertising mistakes

**Business income insurance** (https://www.thehartford.com/business-income-insurance), also known as business interruption coverage, can help replace revenue if you can't open your business because of damage caused by things like fires, destructive winds or burglaries.

Depending on the unique needs of your company, you can also add other business coverages to customize your protection.



## Looking for Business Insurance Coverage?

The Hartford makes it easy to get business insurance quotes online.

**Start Quote** (https://smallbizquote.thehartford.com/app/index.html#?prcd=76210775&Tcode=TH040001)

## Business Insurance in My State

Select a state using the map or dropdown menu. Note: Coverage is not available in all states. Or you can browse coverages. Or you can browse **All States Business Insurance (https://www.thehartford.com/business-insurance/states)** coverages.



## Specialized Business Insurance Coverages for Unique Risks

The **types of business insurance** (https://www.thehartford.com/business-insurance/types-of-insurance) you need can be as unique as your company. We can help you choose your **business insurance coverages** (https://www.thehartford.com/business-coverages) from options like:

- **Business auto insurance** (https://www.thehartford.com/commercial-auto-insurance), which helps cover you and your employees if you're in an accident while driving for work.

- **Data breach insurance** (https://www.thehartford.com/cyber-insurance) for help covering the costs of responding to and managing data breaches. We can even help you with strategies to prevent them from ever happening.

- **Professional liability insurance** (https://www.thehartford.com/professional-liability-insurance), also known as errors and omissions coverage, which can help pay legal fees if you make a mistake in your professional services.



Business Insurance That Can Be Tailored to Your Business Needs

Our specialists are here to help ensure you have the right kind of business insurance, made to meet your company's unique needs.

**Start Quote** (https://smallbizquote.thehartford.com/app/index.html#?prcd=76210775&Tcode=TH040001)

## The Hartford Business Insurance: Trusted Experience

Many insurance companies offer the same coverages, but finding one that truly has your back can make all the difference. For more than 200 years, we've helped over 1 million businesses like yours prevail through the unexpected. Today, we're honored to be a trusted insurance company for businesses of all sizes. In fact, The Ethisphere Institute has named us a World's Most Ethical Company® 12 times.**

See how we can help protect your business by getting a **business insurance quote** (https://smallbizquote.thehartford.com/app/index.html#?prcd=76210775&Tcode=TH040001) today.



## Popular Industries We Insure

**See All Industries** (https://www.thehartford.com/business-insurance/industries)

## More Answers to Frequently Asked Business Insurance Questions

### What Does Business Insurance Cover? (https://www.thehartford.com/business-insurance/what-does-business-insurance-cover)

### Types of Business Insurance (https://www.thehartford.com/business-insurance/types-of-insurance)

### How to Calculate Business Income for Insurance (https://www.thehartford.com/business-insurance/calculate-business-income-insurance)

### Business Insurance Definition & FAQs (https://www.thehartford.com/business-insurance/company)

## Read Business Insurance Claim Reviews (by product)

### Workers' Compensation Insurance

★★★★½ 4.8/5 Star Claims Experience*　(5609 reviews (https://www.thehartford.com/workers-compensation/reviews))

### General Liability Insurance

★★★★½ 4.8/5 Star Claims Experience*　(1049 reviews (https://www.thehartford.com/general-liability-insurance/reviews))

** The Ethisphere® Institute World's Most Ethical Company® (http://www.worldsmostethicalcompanies.com/honorees/)

Additional disclosures below.

## You Might Be Interested In:



### The Basics of Setting Up a Business (https://sba.thehartford.com/business-management/managing-risk/run-your-business/)

Don't forget the essentials when starting your small business.



**Do I Need Liability Insurance?** (https://sba.thehartford.com/business-management/business-questions/business-liability-insurance/)

Learn how it can help protect you, your employees and your business.



## 5 Tips for Choosing a Business Property Insurance Plan (https://sba.thehartford.com/business-management/managing-risk/5-tips-for-choosing-a-commercial-property-insurance-plan/)

What you need to know when picking your property coverage.

Certain coverages vary by state and may not be available to all businesses. All Hartford coverages and services described on this page may be offered by one or more of the property and casualty insurance company subsidiaries of The Hartford Financial Services Group, Inc. **In TX, this insurance is written by Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Lloyd's Insurance Company, Property and Casualty Insurance Company of Hartford, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company, Hartford Accident and Indemnity Company and Hartford Fire Insurance Company.** In CA by Sentinel Insurance Company, Ltd. (CA license # 8701) and its property and casualty insurance company affiliates, One Hartford Plaza, Hartford, CT 06155.

The Hartford® is The Hartford Financial Services Group, Inc. and its property and casualty subsidiaries, including issuing company, Hartford Fire Insurance Company. Its headquarters is in Hartford, CT.

* Customer reviews are collected and tabulated by The Hartford and not representative of all customers.

© The Hartford