# EXHIBIT 4

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION



# ANNUAL STATEMENT

For the Year Ended December 31, 2019
of the Condition and Affairs of the

# TWIN CITY FIRE INSURANCE COMPANY

| | | |
|---|---|---|
| NAIC Group Code..... 0091, 0091 (Current Period) (Prior Period) | NAIC Company Code..... 29459 | Employer's ID Number..... 06-0732738 |
| Organized under the Laws of IN | State of Domicile or Port of Entry IN | Country of Domicile US |
| Incorporated/Organized..... March 5, 1987 | Commenced Business..... July 1, 1987 | |
| Statutory Home Office | 501 Pennsylvania Parkway, Suite 400 .. Indianapolis .. IN .. US .. 46280-0014 (Street and Number) (City or Town, State, Country and Zip Code) | |
| Main Administrative Office | One Hartford Plaza .. Hartford .. CT .. US .. 06155-0001 (Street and Number) (City or Town, State, Country and Zip Code) | 860-547-5000 (Area Code) (Telephone Number) |
| Mail Address | One Hartford Plaza .. Hartford .. CT .. US .. 06155-0001 (Street and Number or P. O. Box) (City or Town, State, Country and Zip Code) | |
| Primary Location of Books and Records | One Hartford Plaza .. Hartford .. CT .. US .. 06155-0001 (Street and Number) (City or Town, State, Country and Zip Code) | 860-547-5000 (Area Code) (Telephone Number) |
| Internet Web Site Address | www.thehartford.com | |
| Statutory Statement Contact | Randolph A. Dalton (Name) | 860-547-9622 (Area Code) (Telephone Number) (Extension) |
| | statement.questions@thehartford.com (E-Mail Address) | 860-757-1131 (Fax Number) |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. Douglas Graham Elliot | President | 2. James Michael Yanosy # | SVP and Chief Financial Officer |
| 3. Kathleen Elizabeth Jorens # | SVP and Treasurer | 4. Allison Gayle Niderno | Vice President and Controller |

### OTHER

| | | | |
|---|---|---|---|
| Suzanne Elizabeth Henderson # | VP and Appointed Actuary | Lisa Sue Levin | Corporate Secretary |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Eapen Attupurathu Chandy # | Douglas Graham Elliot | Brion Scott Johnson | Randle Lee McKee |
| Anthony Joseph Phifer | | | |

State of........ CONNECTICUT
County of..... HARTFORD

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| Douglas G. Elliot | Allison G. Niderno | Lisa S. Levin |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| President | Vice President and Controller | Corporate Secretary |
| (Title) | (Title) | (Title) |

| | | |
|---|---|---|
| Subscribed and sworn to before me This 24th day of January 2020 | Subscribed and sworn to before me This 21st day of January 2020 | Subscribed and sworn to before me This 23rd day of January 2020 |
| WENDY ELLEN BRAY Notary Public, State of Connecticut My Commission Expires June 30, 2021 | LAURIE HANSEN Notary Public, State of Connecticut My Commission Expires Dec. 31, 2023 | BARBARA JEAN LECLAIR Notary Public, State of Connecticut My Commission Expires Apr 30, 2023 |

a. Is this an original filing?     Yes [X]   No [ ]
b. If no   1. State the amendment number
        2. Date filed
        3. Number of pages attached

## ASSETS

|  | Current Year | | | Prior Year |
|---|---|---|---|---|
|  | 1<br>Assets | 2<br>Nonadmitted<br>Assets | 3<br>Net Admitted<br>Assets<br>(Cols. 1 - 2) | 4<br>Net<br>Admitted Assets |
| 1. Bonds (Schedule D)............................................................................ | 648,680,909 | 0 | 648,680,909 | 631,238,739 |
| 2. Stocks (Schedule D): | | | | |
|    2.1 Preferred stocks.......................................................................... | 0 | 0 | 0 | 0 |
|    2.2 Common stocks........................................................................... | 0 | 0 | 0 | 0 |
| 3. Mortgage loans on real estate (Schedule B): | | | | |
|    3.1 First liens..................................................................................... | 0 | 0 | 0 | 0 |
|    3.2 Other than first liens................................................................... | 0 | 0 | 0 | 0 |
| 4. Real estate (Schedule A): | | | | |
|    4.1 Properties occupied by the company (less $............0 encumbrances)................................. | 0 | 0 | 0 | 0 |
|    4.2 Properties held for the production of income (less $............0 encumbrances)................................ | 0 | 0 | 0 | 0 |
|    4.3 Properties held for sale (less $..........0 encumbrances)................ | 0 | 0 | 0 | 0 |
| 5. Cash ($......20,633, Schedule E-Part 1), cash equivalents ($..........0, Schedule E-Part 2) and short-term investments ($......9,808,476, Schedule DA)............ | 9,829,109 | 0 | 9,829,109 | 16,849,100 |
| 6. Contract loans (including $..........0 premium notes)............................. | 0 | 0 | 0 | 0 |
| 7. Derivatives (Schedule DB).................................................................. | 0 | 0 | 0 | 0 |
| 8. Other invested assets (Schedule BA)................................................. | 236,907 | 0 | 236,907 | 612,985 |
| 9. Receivables for securities.................................................................. | 4,965,942 | 0 | 4,965,942 | 23,971,957 |
| 10. Securities lending reinvested collateral assets (Schedule DL)............ | 0 | 0 | 0 | 0 |
| 11. Aggregate write-ins for invested assets............................................. | 0 | 0 | 0 | 0 |
| 12. Subtotals, cash and invested assets (Lines 1 to 11)........................... | 663,712,868 | 0 | 663,712,868 | 672,672,782 |
| 13. Title plants less $..........0 charged off (for Title insurers only)............ | 0 | 0 | 0 | 0 |
| 14. Investment income due and accrued.................................................. | 6,457,493 | 0 | 6,457,493 | 6,183,949 |
| 15. Premiums and considerations: | | | | |
|    15.1 Uncollected premiums and agents' balances in the course of collection............ | 10,229,525 | 0 | 10,229,525 | 9,812,492 |
|    15.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $..........0 earned but unbilled premiums).................. | 0 | 0 | 0 | 0 |
|    15.3 Accrued retrospective premiums ($..........0) and contracts subject to redetermination ($..........0)........ | 0 | 0 | 0 | 0 |
| 16. Reinsurance: | | | | |
|    16.1 Amounts recoverable from reinsurers......................................... | 0 | 0 | 0 | 0 |
|    16.2 Funds held by or deposited with reinsured companies................ | 0 | 0 | 0 | 0 |
|    16.3 Other amounts receivable under reinsurance contracts............. | 0 | 0 | 0 | 0 |
| 17. Amounts receivable relating to uninsured plans................................. | 0 | 0 | 0 | 0 |
| 18.1 Current federal and foreign income tax recoverable and interest thereon.................. | 0 | 0 | 0 | 1,144,083 |
| 18.2 Net deferred tax asset....................................................................... | 7,973,670 | 1,369,670 | 6,604,000 | 6,793,000 |
| 19. Guaranty funds receivable or on deposit............................................ | 46,548 | 0 | 46,548 | 50,762 |
| 20. Electronic data processing equipment and software........................... | 0 | 0 | 0 | 0 |
| 21. Furniture and equipment, including health care delivery assets ($..........0).......... | 0 | 0 | 0 | 0 |
| 22. Net adjustment in assets and liabilities due to foreign exchange rates........ | 0 | 0 | 0 | 0 |
| 23. Receivables from parent, subsidiaries and affiliates........................... | 398,998 | 0 | 398,998 | 1,106,892 |
| 24. Health care ($..........0) and other amounts receivable........................ | 0 | 0 | 0 | 0 |
| 25. Aggregate write-ins for other-than-invested assets............................. | 836,042 | 0 | 836,042 | 832,475 |
| 26. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 to 25)............ | 689,655,142 | 1,369,670 | 688,285,472 | 698,596,434 |
| 27. From Separate Accounts, Segregated Accounts and Protected Cell Accounts............ | 0 | 0 | 0 | 0 |
| 28. TOTAL (Lines 26 and 27)................................................................... | 689,655,142 | 1,369,670 | 688,285,472 | 698,596,434 |
| **DETAILS OF WRITE-INS** | | | | |
| 1101. ........................................................................................................ | 0 | 0 | 0 | 0 |
| 1102. ........................................................................................................ | 0 | 0 | 0 | 0 |
| 1103. ........................................................................................................ | 0 | 0 | 0 | 0 |
| 1198. Summary of remaining write-ins for Line 11 from overflow page...... | 0 | 0 | 0 | 0 |
| 1199. Totals (Lines 1101 through 1103 plus 1198) (Line 11 above)........... | 0 | 0 | 0 | 0 |
| 2501. Sundry assets.................................................................................. | 836,042 | 0 | 836,042 | 832,475 |
| 2502. ........................................................................................................ | 0 | 0 | 0 | 0 |
| 2503. ........................................................................................................ | 0 | 0 | 0 | 0 |
| 2598. Summary of remaining write-ins for Line 25 from overflow page...... | 0 | 0 | 0 | 0 |
| 2599. Totals (Lines 2501 through 2503 plus 2598) (Line 25 above)........... | 836,042 | 0 | 836,042 | 832,475 |

# LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---:|---:|
| 1. | Losses (Part 2A, Line 35, Column 8) | 251,815,204 | 247,115,152 |
| 2. | Reinsurance payable on paid losses and loss adjustment expenses (Schedule F, Part 1, Column 6) | 7,590,945 | 7,841,631 |
| 3. | Loss adjustment expenses (Part 2A, Line 35, Column 9) | 54,196,733 | 53,424,272 |
| 4. | Commissions payable, contingent commissions and other similar charges | 2,167,029 | 1,949,406 |
| 5. | Other expenses (excluding taxes, licenses and fees) | 3,898,635 | 4,192,054 |
| 6. | Taxes, licenses and fees (excluding federal and foreign income taxes) | 1,752,818 | 1,888,994 |
| 7.1 | Current federal and foreign income taxes (including $..........0 on realized capital gains (losses)) | 23,866 | 0 |
| 7.2 | Net deferred tax liability | 0 | 0 |
| 8. | Borrowed money $..........0 and interest thereon $..........0 | 0 | 0 |
| 9. | Unearned premiums (Part 1A, Line 38, Column 5) (after deducting unearned premiums for ceded reinsurance of $.....779,705,424 and including warranty reserves of $..........0 and accrued accident and health experience rating refunds including $..........0 for medical loss ratio rebate per the Public Health Service Act) | 76,527,131 | 75,706,034 |
| 10. | Advance premium | 0 | 0 |
| 11. | Dividends declared and unpaid: | | |
| | 11.1 Stockholders | 0 | 0 |
| | 11.2 Policyholders | 550,035 | 436,545 |
| 12. | Ceded reinsurance premiums payable (net of ceding commissions) | 0 | 0 |
| 13. | Funds held by company under reinsurance treaties (Schedule F, Part 3, Column 20) | 0 | 0 |
| 14. | Amounts withheld or retained by company for account of others | 3,972 | 3,972 |
| 15. | Remittances and items not allocated | 0 | 1 |
| 16. | Provision for reinsurance (including $..........0 certified) (Schedule F, Part 3, Column 78) | 0 | 0 |
| 17. | Net adjustments in assets and liabilities due to foreign exchange rates | 0 | 0 |
| 18. | Drafts outstanding | 0 | 0 |
| 19. | Payable to parent, subsidiaries and affiliates | 0 | 0 |
| 20. | Derivatives | 0 | 0 |
| 21. | Payable for securities | 4,938,308 | 30,492,095 |
| 22. | Payable for securities lending | 0 | 0 |
| 23. | Liability for amounts held under uninsured plans | 0 | 0 |
| 24. | Capital notes $..........0 and interest thereon $..........0 | 0 | 0 |
| 25. | Aggregate write-ins for liabilities | 0 | 0 |
| 26. | Total liabilities excluding protected cell liabilities (Lines 1 through 25) | 403,464,677 | 423,050,157 |
| 27. | Protected cell liabilities | 0 | 0 |
| 28. | Total liabilities (Lines 26 and 27) | 403,464,677 | 423,050,157 |
| 29. | Aggregate write-ins for special surplus funds | 0 | 0 |
| 30. | Common capital stock | 4,200,000 | 4,200,000 |
| 31. | Preferred capital stock | 0 | 0 |
| 32. | Aggregate write-ins for other-than-special surplus funds | 0 | 0 |
| 33. | Surplus notes | 0 | 0 |
| 34. | Gross paid in and contributed surplus | 43,562,074 | 43,562,074 |
| 35. | Unassigned funds (surplus) | 237,058,722 | 227,784,203 |
| 36. | Less treasury stock, at cost: | | |
| | 36.1 ..........0.000 shares common (value included in Line 30 $..........0) | 0 | 0 |
| | 36.2 ..........0.000 shares preferred (value included in Line 31 $..........0) | 0 | 0 |
| 37. | Surplus as regards policyholders (Lines 29 to 35, less 36) (Page 4, Line 39) | 284,820,796 | 275,546,277 |
| 38. | TOTAL (Page 2, Line 28, Col. 3) | 688,285,472 | 698,596,434 |
| **DETAILS OF WRITE-INS** | | | |
| 2501. | | 0 | 0 |
| 2502. | | 0 | 0 |
| 2503. | | 0 | 0 |
| 2598. | Summary of remaining write-ins for Line 25 from overflow page | 0 | 0 |
| 2599. | Totals (Lines 2501 through 2503 plus 2598) (Line 25 above) | 0 | 0 |
| 2901. | | 0 | 0 |
| 2902. | | 0 | 0 |
| 2903. | | 0 | 0 |
| 2998. | Summary of remaining write-ins for Line 29 from overflow page | 0 | 0 |
| 2999. | Totals (Lines 2901 through 2903 plus 2998) (Line 29 above) | 0 | 0 |
| 3201. | | 0 | 0 |
| 3202. | | 0 | 0 |
| 3203. | | 0 | 0 |
| 3298. | Summary of remaining write-ins for Line 32 from overflow page | 0 | 0 |
| 3299. | Totals (Lines 3201 through 3203 plus 3298) (Line 32 above) | 0 | 0 |