# Exhibit H



*110002020201001 01*

# QUARTERLY STATEMENT

**As of March 31, 2020**
of the Condition and Affairs of the

# SENTINEL INSURANCE COMPANY, LTD.

NAIC Group Code.....0091,   0091  NAIC Company Code..... 11000  Employer's ID Number..... 06-1552103
  (Current Period)  (Prior Period)

Organized under the Laws of CT  State of Domicile or Port of Entry  CT  Country of Domicile US

Incorporated/Organized..... July 6, 1999  Commenced Business..... October 14, 1999

Statutory Home Office  One Hartford Plaza….. Hartford ..... CT ..... US ..... 06155-0001
  *(Street and Number)*  *(City or Town, State, Country and Zip Code)*

Main Administrative Office  One Hartford Plaza….. Hartford ... CT .... US ..... 06155-0001  860-547-5000
  *(Street and Number)*  *(City or Town, State, Country and Zip Code)*  *(Area Code) (Telephone Number)*

Mail Address  One Hartford Plaza….. Hartford ... CT ..... US ..... 06155-0001
  *(Street and Number or P. O. Box)*  *(City or Town, State, Country and Zip Code)*

Primary Location of Books and Records  One Hartford Plaza….. Hartford ..... CT ..... US ..... 06155-0001  860-547-5000
  *(Street and Number)*  *(City or Town, State, Country and Zip Code)*  *(Area Code) (Telephone Number)*

Internet Web Site Address  www.thehartford.com

Statutory Statement Contact  Randolph A. Dalton  860-547-9622
  *(Name)*  *(Area Code) (Telephone Number) (Extension)*
  statement.questions@thehartford.com  860-757-1131
  *(E-Mail Address)*  *(Fax Number)*

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1.  Douglas Graham Elliot | President | 2.  James Michael Yanosy | SVP and Chief Financial Officer |
| 3.  Kathleen Elizabeth Jorens | SVP and Treasurer | 4.  Allison Gayle Niderno | Vice President and Controller |

## OTHER

Suzanne Elizabeth Henderson  VP and Appointed Actuary  Kevin Floyd Barnett  #  Corporate Secretary

## DIRECTORS OR TRUSTEES

Eapen Attupurathu Chandy  Douglas Graham Elliot  Brion Scott Johnson

State of........  CONNECTICUT
County of.....  HARTFORD

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement.  The electronic filing may be requested by *various regulators* in lieu of or in addition to the enclosed statement.

| *(Signature)* | *(Signature)* | *(Signature)* |
|---|---|---|
| Douglas G. Elliot | Allison G. Niderno | Kevin F. Barnett |
| 1.  (Printed Name) | 2.  (Printed Name) | 3.  (Printed Name) |
| President | Vice President and Controller | Corporate Secretary |
| *(Title)* | *(Title)* | *(Title)* |
| Subscribed and sworn to before me | Subscribed and sworn to before me | Subscribed and sworn to before me |
| This        day of | This        day of | This        day of |

# ASSETS

| | | Current Statement Date | | December 31 |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| | Assets | Nonadmitted Assets | Net Admitted Assets (Cols. 1 - 2) | December 31 Prior Year Net Admitted Assets |
| 1. Bonds................................................................ | 289,677,837 | 0 | 289,677,837 | 289,888,122 |
| 2. Stocks: | | | | |
| 2.1 Preferred stocks................................... | 0 | 0 | | 0 |
| 2.2 Common stocks.................................... | 0 | 0 | | 0 |
| 3. Mortgage loans on real estate: | | | | |
| 3.1 First liens............................................. | 0 | 0 | | 0 |
| 3.2 Other than first liens............................. | 0 | 0 | | 0 |
| 4. Real estate: | | | | |
| 4.1 Properties occupied by the company (less $............0 encumbrances)......................................... | 0 | 0 | | 0 |
| 4.2 Properties held for the production of income (less $............0 encumbrances)......................................... | 0 | 0 | | 0 |
| 4.3 Properties held for sale (less $..........0 encumbrances)............... | 0 | 0 | | 0 |
| 5. Cash ($.....885), cash equivalents ($..........0) and short-term investments ($....15,833,893)... | 15,834,778 | | 15,834,778 | 9,789,046 |
| 6. Contract loans (including $..........0 premium notes)............... | 0 | | 0 | 0 |
| 7. Derivatives.......................................................... | 0 | | 0 | 0 |
| 8. Other invested assets.......................................... | 298,154 | 0 | 298,154 | 348,415 |
| 9. Receivables for securities.................................... | 0 | | 0 | 9,986,126 |
| 10. Securities lending reinvested collateral assets....... | 0 | 0 | | 0 |
| 11. Aggregate write-ins for invested assets................ | 0 | 0 | 0 | 0 |
| 12. Subtotals, cash and invested assets (Lines 1 to 11)................ | 305,810,769 | 0 | 305,810,769 | 310,011,710 |
| 13. Title plants less $..........0 charged off (for Title insurers only)........ | 0 | | | |
| 14. Investment income due and accrued..................... | 3,216,961 | 0 | 3,216,961 | 3,673,375 |
| 15. Premiums and considerations: | | | | |
| 15.1 Uncollected premiums and agents' balances in the course of collection............... | 2,438,528 | | 2,438,528 | 2,356,835 |
| 15.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $..........0 earned but unbilled premiums)................ | 0 | | 0 | 0 |
| 15.3 Accrued retrospective premiums ($..........0) and contracts subject to redetermination ($..........0)........ | 0 | | 0 | 0 |
| 16. Reinsurance: | | | | |
| 16.1 Amounts recoverable from reinsurers................. | 0 | | 0 | 0 |
| 16.2 Funds held by or deposited with reinsured companies...... | 0 | | 0 | 0 |
| 16.3 Other amounts receivable under reinsurance contracts....... | 0 | | 0 | 0 |
| 17. Amounts receivable relating to uninsured plans............... | 0 | | 0 | 0 |
| 18.1 Current federal and foreign income tax recoverable and interest thereon............... | 0 | | 0 | 350,464 |
| 18.2 Net deferred tax asset.................................... | 1,611,919 | 309,758 | 1,302,161 | 1,321,000 |
| 19. Guaranty funds receivable or on deposit............... | 11,158 | 0 | 11,158 | 9,309 |
| 20. Electronic data processing equipment and software... | 0 | 0 | | 0 |
| 21. Furniture and equipment, including health care delivery assets ($..........0)....... | 0 | 0 | | 0 |
| 22. Net adjustment in assets and liabilities due to foreign exchange rates...... | 0 | | 0 | 0 |
| 23. Receivables from parent, subsidiaries and affiliates...... | 0 | 0 | | 0 |
| 24. Health care ($..........0) and other amounts receivable...... | 0 | 0 | | 0 |
| 25. Aggregate write-ins for other than invested assets...... | 1,434,088 | 0 | 1,434,088 | 1,036,782 |
| 26. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 through 25)........ | 314,523,423 | 309,758 | 314,213,665 | 318,759,475 |
| 27. From Separate Accounts, Segregated Accounts and Protected Cell Accounts....... | 0 | | 0 | 0 |
| 28. Total (Lines 26 and 27).................................... | 314,523,423 | 309,758 | 314,213,665 | 318,759,475 |

# LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1<br>Current<br>Statement Date | 2<br>December 31<br>Prior Year |
|---|---|---:|---:|
| 1. | Losses (current accident year $.....3,319,091).................................................. | 50,484,496 | 50,363,041 |
| 2. | Reinsurance payable on paid losses and loss adjustment expenses................. | 1,601,104 | 1,518,189 |
| 3. | Loss adjustment expenses.................................................................................. | 10,861,841 | 10,839,347 |
| 4. | Commissions payable, contingent commissions and other similar charges........... | 149,488 | 433,406 |
| 5. | Other expenses (excluding taxes, licenses and fees)......................................... | 254,047 | 864,277 |
| 6. | Taxes, licenses and fees (excluding federal and foreign income taxes)............... | 324,120 | 350,563 |
| 7.1 | Current federal and foreign income taxes (including $..........0 on realized capital gains (losses)).................... | 655,779 | 0 |
| 7.2 | Net deferred tax liability..................................................................................... | 0 | 0 |
| 8. | Borrowed money $..........0 and interest thereon $...........0................................. | 0 | 0 |
| 9. | Unearned premiums (after deducting unearned premiums for ceded reinsurance of $.....600,763,083 and including<br>warranty reserves of $..........0 and accrued accident and health experience rating refunds<br>including $..........0 for medical loss ratio rebate per the Public Health Service Act)........... | 15,511,533 | 15,305,426 |
| 10. | Advance premium............................................................................................... | 0 | 0 |
| 11. | Dividends declared and unpaid: | | |
| | 11.1 Stockholders................................................................................................. | 0 | 0 |
| | 11.2 Policyholders................................................................................................ | 102,468 | 110,007 |
| 12. | Ceded reinsurance premiums payable (net of ceding commissions).................... | 0 | 0 |
| 13. | Funds held by company under reinsurance treaties............................................ | 0 | 0 |
| 14. | Amounts withheld or retained by company for account of others......................... | 0 | 0 |
| 15. | Remittances and items not allocated................................................................. | 145,819 | 137,694 |
| 16. | Provision for reinsurance (including $..........0 certified)..................................... | 0 | 0 |
| 17. | Net adjustments in assets and liabilities due to foreign exchange rates............. | 0 | 0 |
| 18. | Drafts outstanding............................................................................................. | 0 | 0 |
| 19. | Payable to parent, subsidiaries and affiliates.................................................... | 1,088,845 | 215,974 |
| 20. | Derivatives......................................................................................................... | 0 | 0 |
| 21. | Payable for securities........................................................................................ | 0 | 9,876,616 |
| 22. | Payable for securities lending............................................................................ | 0 | 0 |
| 23. | Liability for amounts held under uninsured plans............................................... | 0 | 0 |
| 24. | Capital notes $..........0 and interest thereon $.........0..................................... | 0 | 0 |
| 25. | Aggregate write-ins for liabilities....................................................................... | 0 | 0 |
| 26. | Total liabilities excluding protected cell liabilities (Lines 1 through 25)............... | 81,179,542 | 90,014,542 |
| 27. | Protected cell liabilities...................................................................................... | 0 | 0 |
| 28. | Total liabilities (Lines 26 and 27)....................................................................... | 81,179,542 | 90,014,542 |
| 29. | Aggregate write-ins for special surplus funds.................................................... | 0 | 0 |
| 30. | Common capital stock......................................................................................... | 4,200,000 | 4,200,000 |
| 31. | Preferred capital stock....................................................................................... | 0 | 0 |
| 32. | Aggregate write-ins for other than special surplus funds.................................... | 0 | 0 |
| 33. | Surplus notes..................................................................................................... | 0 | 0 |
| 34. | Gross paid in and contributed surplus................................................................ | 15,787,500 | 15,787,500 |
| 35. | Unassigned funds (surplus)................................................................................ | 213,046,623 | 208,757,434 |
| 36. | Less treasury stock, at cost: | | |
| | 36.1 ..........0.000 shares common (value included in Line 30  $..........0)......... | 0 | 0 |
| | 36.2 ..........0.000 shares preferred (value included in Line 31  $..........0)....... | 0 | 0 |
| 37. | Surplus as regards policyholders (Lines 29 to 35, less 36)............................... | 233,034,123 | 228,744,934 |
| 38. | Totals (Page 2, Line 28, Col. 3).......................................................................... | 314,213,665 | 318,759,475 |

| DETAILS OF WRITE-INS | | | |
|---|---|---:|---:|
| 2501. | .................................................................................................................. | 0 | 0 |
| 2502. | .................................................................................................................. | 0 | 0 |
| 2503. | | 0 | 0 |

# STATEMENT OF INCOME

| | 1<br>Current Year<br>to Date | 2<br>Prior Year<br>to Date | 3<br>Prior Year Ended<br>December 31 |
|---|---|---|---|
| **UNDERWRITING INCOME** | | | |
| 1. Premiums earned: | | | |
| 1.1 Direct............... (written $.....316,481,423)........... | 315,643,968 | 326,706,086 | 1,312,747,639 |
| 1.2 Assumed........ (written $.....8,086,209).......... | 7,880,102 | 7,729,548 | 31,613,140 |
| 1.3 Ceded............. (written $.....316,481,423).......... | 315,643,968 | 326,706,086 | 1,312,747,639 |
| 1.4 Net................. (written $.....8,086,209).......... | 7,880,102 | 7,729,548 | 31,613,140 |
| DEDUCTIONS: | | | |
| 2. Losses incurred (current accident year $.....3,949,220): | | | |
| 2.1 Direct........... | 151,428,706 | 124,541,523 | 584,043,663 |
| 2.2 Assumed........ | 3,871,318 | 4,077,994 | 16,254,434 |
| 2.3 Ceded............ | 151,428,706 | 124,541,523 | 584,043,663 |
| 2.4 Net................ | 3,871,318 | 4,077,994 | 16,254,434 |
| 3. Loss adjustment expenses incurred........... | 931,285 | 821,090 | 3,500,840 |
| 4. Other underwriting expenses incurred........... | 2,462,811 | 2,439,820 | 10,132,363 |
| 5. Aggregate write-ins for underwriting deductions........... | 0 | 0 | 0 |
| 6. Total underwriting deductions (Lines 2 through 5)........... | 7,265,414 | 7,338,904 | 29,887,637 |
| 7. Net income of protected cells........... | 0 | 0 | 0 |
| 8. Net underwriting gain (loss) (Line 1 minus Line 6 + Line 7)........... | 614,689 | 390,644 | 1,725,503 |
| **INVESTMENT INCOME** | | | |
| 9. Net investment income earned........... | 2,235,555 | 2,076,270 | 8,507,686 |
| 10. Net realized capital gains (losses) less capital gains tax of $.....42,137........... | (52,004) | (14,526) | 22,741 |
| 11. Net investment gain (loss) (Lines 9 + 10)........... | 2,183,551 | 2,061,744 | 8,530,427 |
| **OTHER INCOME** | | | |
| 12. Net gain or (loss) from agents' or premium balances charged off | | | |
| (amount recovered $.........0 amount charged off $.........0)........... | 0 | 0 | 0 |
| 13. Finance and service charges not included in premiums........... | 2,178,798 | 2,553,610 | 9,849,793 |
| 14. Aggregate write-ins for miscellaneous income........... | 0 | 0 | 0 |
| 15. Total other income (Lines 12 through 14)........... | 2,178,798 | 2,553,610 | 9,849,793 |
| 16. Net income before dividends to policyholders, after capital gains tax and before all other federal and | | | |
| foreign income taxes (Lines 8 + 11 + 15)........... | 4,977,038 | 5,005,998 | 20,105,723 |
| 17. Dividends to policyholders........... | 14,028 | 11,705 | 101,160 |
| 18. Net income, after dividends to policyholders, after capital gains tax and before all other federal and | | | |
| foreign income taxes (Line 16 minus Line 17)........... | 4,963,009 | 4,994,293 | 20,004,563 |
| 19. Federal and foreign income taxes incurred........... | 654,981 | 662,848 | 3,086,167 |
| 20. Net income (Line 18 minus Line 19) (to Line 22)........... | 4,308,028 | 4,331,445 | 16,918,396 |
| **CAPITAL AND SURPLUS ACCOUNT** | | | |
| 21. Surplus as regards policyholders, December 31 prior year........... | 228,744,934 | 211,862,387 | 211,862,387 |
| 22. Net income (from Line 20)........... | 4,308,028 | 4,331,445 | 16,918,396 |
| 23. Net transfers (to) from Protected Cell Accounts........... | 0 | 0 | 0 |
| 24. Change in net unrealized capital gains or (losses) less capital gains tax of $.........0........... | 0 | (1) | (1) |
| 25. Change in net unrealized foreign exchange capital gain (loss)........... | 0 | 0 | 0 |
| 26. Change in net deferred income tax........... | (8,713) | 10,333 | (63,080) |
| 27. Change in nonadmitted assets........... | (10,126) | (9,082) | 26,082 |
| 28. Change in provision for reinsurance........... | 0 | 0 | 0 |
| 29. Change in surplus notes........... | 0 | 0 | 0 |
| 30. Surplus (contributed to) withdrawn from protected cells........... | 0 | 0 | 0 |
| 31. Cumulative effect of changes in accounting principles........... | 0 | 0 | 0 |
| 32. Capital changes: | | | |
| 32.1 Paid in........... | 0 | 0 | 0 |
| 32.2 Transferred from surplus (Stock Dividend)........... | 0 | 0 | 0 |
| 32.3 Transferred to surplus........... | 0 | 0 | 0 |
| 33. Surplus adjustments: | | | |
| 33.1 Paid in........... | 0 | 0 | 0 |
| 33.2 Transferred to capital (Stock Dividend)........... | 0 | 0 | 0 |
| 33.3 Transferred from capital........... | 0 | 0 | 0 |
| 34. Net remittances from or (to) Home Office........... | 0 | 0 | 0 |
| 35. Dividends to stockholders........... | 0 | 0 | 0 |
| 36. Change in treasury stock........... | 0 | 0 | 0 |
| 37. Aggregate write-ins for gains and losses in surplus........... | 0 | 0 | 1,150 |
| 38. Change in surplus as regards policyholders (Lines 22 through 37)........... | 4,289,189 | 4,332,695 | 16,882,547 |
| 39. Surplus as regards policyholders, as of statement date (Lines 21 plus 38)........... | 233,034,123 | 216,195,082 | 228,744,934 |
| **DETAILS OF WRITE-INS** | | | |
| 0501. ........... | 0 | 0 | 0 |
| 0502. ........... | 0 | 0 | 0 |
| 0503. ........... | 0 | 0 | 0 |
| 0598. Summary of remaining write-ins for Line 5 from overflow page........... | 0 | 0 | 0 |
| 0599. Totals (Lines 0501 thru 0503 plus 0598) (Line 5 above)........... | 0 | 0 | 0 |
| 1401. ........... | 0 | 0 | 0 |

# CASH FLOW

| | 1<br>Current Year<br>to Date | 2<br>Prior Year<br>To Date | 3<br>Prior Year Ended<br>December 31 |
|---|---|---|---|
| **CASH FROM OPERATIONS** | | | |
| 1. Premiums collected net of reinsurance.................................................................. | 8,004,516 | 8,062,377 | 31,586,223 |
| 2. Net investment income............................................................................................ | 3,054,413 | 2,095,117 | 9,144,967 |
| 3. Miscellaneous income............................................................................................. | 2,178,798 | 2,553,610 | 9,849,793 |
| 4. Total (Lines 1 through 3)......................................................................................... | 13,237,727 | 12,711,105 | 50,580,983 |
| 5. Benefit and loss related payments......................................................................... | 3,666,947 | 3,846,279 | 15,364,561 |
| 6. Net transfers to Separate Accounts, Segregated Accounts and Protected Cell Accounts........ | 0 | 0 | 0 |
| 7. Commissions, expenses paid and aggregate write-ins for deductions.................... | 4,169,065 | 4,040,259 | 13,501,223 |
| 8. Dividends paid to policyholders............................................................................. | 21,567 | 20,396 | 78,462 |
| 9. Federal and foreign income taxes paid (recovered) net of $............0 tax on capital gains (losses)......... | (309,125) | 0 | 2,929,245 |
| 10. Total (Lines 5 through 9)........................................................................................ | 7,548,455 | 7,906,934 | 31,873,490 |
| 11. Net cash from operations (Line 4 minus Line 10).................................................. | 5,689,272 | 4,804,171 | 18,707,493 |
| **CASH FROM INVESTMENTS** | | | |
| 12. Proceeds from investments sold, matured or repaid: | | | |
| 12.1 Bonds............................................................................................................. | 31,149,043 | 48,035,469 | 139,063,321 |
| 12.2 Stocks............................................................................................................. | 0 | 0 | 0 |
| 12.3 Mortgage loans.............................................................................................. | 0 | 0 | 0 |
| 12.4 Real estate..................................................................................................... | 0 | 0 | 0 |
| 12.5 Other invested assets..................................................................................... | 0 | 0 | 0 |
| 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments...... | 0 | 0 | 0 |
| 12.7 Miscellaneous proceeds................................................................................. | 9,976,239 | 3,937,365 | 5,565,666 |
| 12.8 Total investment proceeds (Lines 12.1 to 12.7)............................................. | 41,125,282 | 51,972,834 | 144,628,987 |
| 13. Cost of investments acquired (long-term only): | | | |
| 13.1 Bonds............................................................................................................. | 31,375,898 | 61,152,657 | 162,802,524 |
| 13.2 Stocks............................................................................................................. | 0 | 0 | 0 |
| 13.3 Mortgage loans.............................................................................................. | 0 | 0 | 0 |
| 13.4 Real estate..................................................................................................... | 0 | 0 | 0 |
| 13.5 Other invested assets..................................................................................... | 0 | 0 | 0 |
| 13.6 Miscellaneous applications............................................................................. | 9,876,616 | 4,030,294 | 5,978,301 |
| 13.7 Total investments acquired (Lines 13.1 to 13.6)........................................... | 41,252,514 | 65,182,951 | 168,780,824 |
| 14. Net increase or (decrease) in contract loans and premium notes........................ | | | |
| 15. Net cash from investments (Line 12.8 minus Line 13.7 and Line 14)................... | (127,232) | (13,210,117) | (24,151,837) |
| **CASH FROM FINANCING AND MISCELLANEOUS SOURCES** | | | |
| 16. Cash provided (applied): | | | |
| 16.1 Surplus notes, capital notes.......................................................................... | 0 | 0 | 0 |
| 16.2 Capital and paid in surplus, less treasury stock............................................ | 0 | 0 | 0 |
| 16.3 Borrowed funds.............................................................................................. | 0 | 0 | 0 |
| 16.4 Net deposits on deposit-type contracts and other insurance liabilities........... | 0 | 0 | 0 |
| 16.5 Dividends to stockholders............................................................................... | 0 | 0 | 0 |
| 16.6 Other cash provided (applied)........................................................................ | 483,691 | 572,543 | 1,457,024 |
| 17. Net cash from financing and miscellaneous sources (Lines 16.1 through 16.4 minus Line 16.5 plus Line 16.6)........ | 483,691 | 572,543 | 1,457,024 |
| **RECONCILIATION OF CASH, CASH EQUIVALENTS AND SHORT-TERM INVESTMENTS** | | | |
| 18. Net change in cash, cash equivalents and short-term investments (Line 11 plus Line 15 plus Line 17)......... | 6,045,732 | (7,833,403) | (3,987,320) |
| 19. Cash, cash equivalents and short-term investments: | | | |
| 19.1 Beginning of year........................................................................................... | 9,789,046 | 13,776,367 | 13,776,367 |
| 19.2 End of period (Line 18 plus Line 19.1)........................................................... | 15,834,778 | 5,942,963 | 9,789,046 |
| Note: Supplemental disclosures of cash flow information for non-cash transactions: | | | |
| 20.0001 Receivable from parent, subsidiaries and affiliates: non-cash settling of intercompany receivables.......... | 0 | 0 | 1,150 |

## NOTES TO FINANCIAL STATEMENTS

Note 1 – Summary of Significant Accounting Policies and Going Concern

A.  Accounting Practices

The accompanying statutory-basis financial statements of Sentinel Insurance Company, Ltd. (the "Company" or "Sentinel") have been prepared in conformity with statutory accounting practices prescribed or permitted by the State of Connecticut Insurance Department ("the Department").  The Department recognizes only statutory accounting practices prescribed or permitted by the State of Connecticut for determining and reporting the financial condition and results of operations of an insurance company and for determining its solvency under the State of Connecticut Insurance Law.  The National Association of Insurance Commissioners' Accounting Practices and Procedures manual ("NAIC SAP") has been adopted as a component of prescribed practices by the State of Connecticut.  There are no material differences between the accounting practices and procedures prescribed by the Department and NAIC SAP.  During 2020 and 2019, the Company did not have any permitted practices.

|  | SSAP # | F/S Page | F/S Line # | 2020 | 2019 |
|---|---|---|---|---|---|
| **NET INCOME** | | | | | |
| 1.  Sentinel state basis (Page 4, Line 20, Columns 1 & 3) | XXX | XXX | XXX | $        4,308,028 | $      16,918,396 |
| 2.  State prescribed practices that increase/(decrease) NAIC SAP | | | | — | — |
| 3.  State permitted practices that increase/(decrease) NAIC SAP | | | | — | — |
| 4.  NAIC SAP (1-2-3=4) | XXX | XXX | XXX | $        4,308,028 | $      16,918,396 |
| **SURPLUS** | | | | | |
| 5.  Sentinel state basis (Page 3, Line 37, Columns 1 & 2) | XXX | XXX | XXX | $      233,034,123 | $    228,744,934 |
| 6.  State prescribed practices that increase/(decrease) NAIC SAP | | | | — | — |
| 7.  State permitted practices that increase/(decrease) NAIC SAP | | | | — | — |
| 8.  NAIC SAP (5-6-7=8) | XXX | XXX | XXX | $      233,034,123 | $    228,744,934 |

C.  Accounting Policy

2.  The Company had no Securities Valuation Office - identified investments in exchange traded funds or bond mutual funds that qualified for bond accounting treatment.

6.  Loan-backed bonds and structured securities are carried at either amortized cost or the lower of amortized cost or fair value in accordance with the provisions of Statement of Statutory Accounting Principles ("SSAP") No. 43-Revised (Loan-backed and Structured Securities).  Significant changes in estimated cash flows from the original purchase assumptions are accounted for using the prospective method, except for highly rated fixed rate securities, which use the retrospective method.

Note 2 – Accounting Changes and Corrections of Errors

On April 15, 2020, the Statutory Accounting Principles Working Group ("SAPWG") of the NAIC adopted four interpretations of statutory accounting principles, one of which gives insurers relief with respect to issues arising from reference rate reform, including the discontinuance of the London Interbank Offered Rate ("LIBOR"), and three of which are intended to give insurers relief with respect to issues encountered in the COVID-19 pandemic. Where applicable, the Company is adopting all interpretations effective beginning with first quarter financial reporting. The Company has not measured the effect of adoption on its financial position, cash flows or net income because the guidance provides relief from accounting and therefore disclosure.

INT 20-01 allows insurance companies to account for contract modifications made solely due to rate reform (such as replacing LIBOR with another reference rate) as continuations of existing contracts and to maintain hedge accounting when the hedging effectiveness between a financial instrument and its hedge is only affected by the change to a replacement rate. As a result, insurance companies will not recognize gains and losses during the transition period of LIBOR to an alternative reference rate that would otherwise have arisen from accounting assessments and remeasurements. The guidance expires for contract modifications made and hedge relationships entered into or evaluated after December 31, 2022.

INT 20-02 provides an exception to the 90-day rule for nonadmittance of policyholder and similar receivables in Q1 and Q2 2020. Uncollected amounts are in scope of INT 20-02 for policies and contracts with self-insureds in effect and current before March 13, 2020 (the date of the federal COVID-19 emergency declaration) and for policies and contracts written or renewed on or after March 13, 2020.

INT 20-03 provides exceptions from reporting modifications of mortgage and bank loan terms in response to COVID-19 for modifications made during a temporary period beginning on March 1, 2020 and ending on the earlier of December 31, 2020, or 60 days after the national emergency concerning COVID-19 terminates. Mortgage and bank loans granted modifications such as a forbearance arrangement, an interest rate modification, a repayment plan, and other similar arrangement that defers or delays the payment of principal or interest for a loan are not characterized troubled debt restructurings. The INT is applicable for the term of any loan modification and only applies to a loan that was not more than 30 days past due as of December 31, 2019.

INT 20-04 provides exceptions for impairment characterization and assessment related to mortgage and bank loans and investments with underlying mortgage loans that would otherwise be required in 1Q and 2Q 2020. INT 20-04 does not require an impairment identification for mortgage loans with payments deferred and/or modified in response to COVID-19. INT 20-04 also provides limited-scope provisions for assessing impairment for investments with underlying mortgage loans impacted due to fair value declines if the entity does not intend to sell the investment.

Note 3 – Business Combinations and Goodwill

No significant change.

Note 4 – Discontinued Operations

No significant change.

Note 5 – Investments

5.    The Company had no securities in an unrealized loss position as of March 31, 2020.

**E.    Repurchase Agreements and/or Securities Lending Transactions**

3.    Collateral Received

b.    The Company did not accept collateral that is permitted by contract or custom to sell or repledge as of March 31, 2020.

**F.    Repurchase Agreements Transactions Accounted for as Secured Borrowing**

The Company had no repurchase agreements transactions accounted for as secured borrowing.

**G.    Reverse Repurchase Agreements Transactions Accounted for as Secured Borrowing Repurchase Transactions - Cash Provider - Overview of Secured Borrowing Transactions**

The Company had no reverse repurchase agreements transactions accounted for as secured borrowing repurchase transactions.

**H.    Repurchase Agreements Transactions Accounted for as a Sale Repurchase Transaction - Cash Taker - Overview of Sale Transactions**

The Company had no repurchase agreements transactions accounted for as a sale repurchase transaction.

**I.    Reverse Repurchase Agreements Transactions Accounted for as a Sale Repurchase Transaction - Cash Provider - Overview of Sale Transactions**

The Company had no reverse repurchase agreements transactions accounted for as a sale repurchase transaction.

**M.    Working Capital Finance Investments**

The Company does not have any Working Capital Finance Investments.

**N.    Offsetting and Netting of Assets and Liabilities**

The Company had no offsetting and netting of assets and liabilities.

## Note 6 – Joint Ventures, Partnerships and Limited Liability Companies

No significant change.

## Note 7 – Investment Income

No significant change.

## Note 8 – Derivative Instruments

**A.    Derivative Instruments with Financing Premiums**

8.    The Company had no investments in derivatives with financing premiums.

## Note 9 – Income Taxes

No significant change.

## Note 10 – Information Concerning Parent, Subsidiaries and Affiliates

No significant change.

## Note 11 – Debt

**B.    Federal Home Loan Bank (FHLB) Agreements**

The Company does not have any FHLB Agreements.

## Note 12 – Retirement Plans, Deferred Compensation, Postemployment Benefits and Compensated Absences and Other Postretirement Benefit Plans

**A.    Defined Benefit Plan**

The Company has no Defined Benefits Plans.

## Note 13 – Capital and Surplus, Dividend Restrictions and Quasi-Reorganizations

No significant change.

## Note 14 – Contingencies

**F.    All Other Contingencies**

## NOTES TO FINANCIAL STATEMENTS

**Note 16 – Information About Financial Instruments With Off-Balance Sheet Risk and Financial Instruments With Concentrations of Credit Risk**

No significant change.

**Note 17 – Sale, Transfer and Servicing of Financial Assets and Extinguishments of Liabilities**

**B.     Transfer and Servicing of Financial Assets**

No significant change.

**C.     Wash Sales**

1.     In the course of the Company's asset management, no securities were sold and reacquired within 30 days of the sale date to enhance the Company's yield on its investment portfolio.

2.     The Company had no wash sale transactions.

**Note 18 – Gain or Loss to the Reporting Entity from Uninsured Plans and the Uninsured Portion of Partially Insured Plans**

No significant change.

**Note 19 – Direct Premium Written/Produced by Managing General Agents/Third Party Administrators**

No significant change.

**Note 20 – Fair Value Measurement**

**A.     Fair Value Measurements**

The Company's financial instruments held at fair value were not material.

**B.     Other Fair Value Disclosures**

Not applicable.

**C.     Fair Values for All Financial Instruments by Levels 1, 2 and 3**

**Valuation Inputs for Investments**

For Level 1 investments, valuations are based on observable inputs that reflect quoted prices for identical assets in active markets that the Company has the ability to access at the measurement date.

For the Company's Level 2 and 3 debt securities, typical inputs used by pricing techniques include, but are not limited to, benchmark yields, reported trades, broker/dealer quotes, issuer spreads, benchmark securities, bids, offers, and /or estimated cash flows, prepayment speeds, and default rates.

A description of additional inputs used in the Company's Level 2 and Level 3 measurements is listed below:

Level 2     The fair values of most of the Company's Level 2 investments are determined by management after considering prices received from third-party pricing services. These investments include most bonds.

Level 3     Most of the Company's securities classified as Level 3 include less liquid securities such as lower quality asset-backed securities, commercial mortgage-backed securities, commercial real estate, collateralized loan obligations and residential mortgage-backed securities primarily backed by sub-prime loans. Also included in Level 3 are securities valued based on broker prices or broker spreads, without adjustments. Primary inputs for non-broker priced investments, including structured securities, are consistent with the typical inputs used in the Level 2 measurements, but are Level 3 due to their less liquid markets. Additionally, certain long-dated securities are priced based on third party pricing services, including certain municipal securities, foreign government/government agency securities and bank loans. Primary inputs for these long-dated securities are consistent with the typical inputs used in the preceding noted Level 1 and Level 2 measurements, but include benchmark interest rate or credit spread assumptions that are not observable in the marketplace.

The tables below reflect the fair values and admitted values of all admitted assets and liabilities that are financial instruments excluding those accounted for under the equity method (subsidiaries, joint ventures and partnerships).

| (Amounts in thousands) | March 31, 2020 | | | | | | |
|---|---|---|---|---|---|---|---|
| Type of Financial Instrument | Aggregate Fair Value | Admitted Assets | (Level 1) | (Level 2) | (Level 3) | Net Asset Value (NAV) | Not Practicable (Carrying Value) |
| Financial instruments – assets: | | | | | | | |
| Bonds - unaffiliated | $     310,562 | $    289,678 | $          — | $   309,655 | $       907 | $          — | $ |
| Cash, cash equivalents, and short-term investments - unaffiliated | 15,835 | 15,835 | 1 | 15,834 | — | — | |
| Low-income housing tax credit | 298 | 298 | — | — | 298 | — | |
| Total assets | $     326,695 | $     305,811 | $          1 | $   325,489 | $     1,205 | $          — | $ |

## NOTES TO FINANCIAL STATEMENTS

The fair value of bonds in an active and orderly market (e.g., not distressed or forced liquidation) are determined by management using a "waterfall" approach after considering the following pricing sources: quoted prices for identical assets or liabilities, prices from third-party pricing services, independent broker quotations, or internal matrix pricing processes. Typical inputs used by these pricing sources include, but are not limited to, benchmark yields, reported trades, broker/dealer quotes, issuer spreads, benchmark securities, bids, offers, and/or estimated cash flows, prepayment speeds, and default rates. Most bonds do not trade daily. Based on the typical trading volumes and the lack of quoted market prices for bonds, third-party pricing services utilize matrix pricing to derive security prices. Matrix pricing relies on securities' relationships to other benchmark quoted securities, which trade more frequently. Pricing services utilize recently reported trades of identical or similar securities making adjustments through the reporting date based on the preceding outlined available market observable information. If there are no recently reported trades, the third-party pricing services may develop a security price using expected future cash flows based upon collateral performance and discounted at an estimated market rate. Both matrix pricing and discounted cash flow techniques develop prices by factoring in the time value for cash flows and risk, including liquidity and credit.

The amortized cost of short-term investments approximates fair value.

D. **Financial Instruments for Which Not Practicable to Estimate Fair Values**

At March 31, 2020 the Company had no investments where it is not practicable to estimate fair value.

### Note 21 – Other Items

The pandemic caused by the spread of COVID-19 is a current trend that contributes to reserve uncertainty. The Company has exposure to other liability claims, including from bodily injury, property damage and product liability and to workers' compensation claims, including from injury, illness or disability to an insured's employee while at work. Benefits paid under workers' compensation policies may include reimbursement of medical care costs, replacement income and compensation for permanent injuries and benefits to survivors. Reserves for these exposures can be particularly difficult to estimate due to the long development pattern and uncertainty about how cases will settle. Under workers' compensation, we could experience higher loss costs if it is determined that workers were exposed to COVID-19 while on the job, such as in the health care industry. We could also incur losses on other liability policies if claimants can successfully assert that insureds were negligent from protecting employees, customers and others from exposure. Under commercial property policies, some insured businesses may try to assert coverage for business interruption despite policy exclusions and the general requirement that there be direct physical loss or damage to the property. There is also an increased risk of COVID-19 related claims under directors' and officers' insurance policies.

### Note 22 – Events Subsequent

Since March 31, 2020, governments worldwide continue to enact emergency measures to combat the spread of the novel strain of coronavirus specifically identified as the Coronavirus Disease 2019 ("COVID-19") pandemic. These measures, which include the implementation of travel bans, self-imposed quarantine periods and social distancing, have caused material disruption to businesses globally resulting in an economic slowdown. As a result, global equity markets continue to experience significant volatility and weakness, which have prompted governments and central banks to react with significant monetary and fiscal interventions designed to stabilize economic conditions. The duration and impact of the COVID-19 pandemic is unknown at this time, as is the effectiveness of those interventions. In addition, in April, 2020, a number of states have ordered or requested that we issue refunds or credits to personal lines and commercial lines policyholders, retroactive to the month of March in some cases, given layoffs and reduced economic activity associated with the COVID-19 pandemic to the extent those effects have reduced the Company's exposure to risk. The Company is evaluating these orders and will seek to obtain further information from the regulators to determine the financial effects, if any, beyond those the Company has already contemplated. It is not possible to reliably estimate the length and severity of these developments and the impact on the financial condition, operating results or liquidity of the Company in future periods.

The Company had no other material subsequent events through the filing date of May 12, 2020.

### Note 23 – Reinsurance

No significant change.

### Note 24 – Retrospectively Rated Contracts & Contracts Subject to Redetermination

F. **Risk-Sharing Provisions of the Affordable Care Act (ACA)**

The Company did not write any accident and health insurance premium during the reporting period that is subject to the Affordable Care Act risk-sharing provisions.

### Note 25 – Changes in Incurred Losses and Loss Adjustment Expenses

Reserves as of December 31, 2019 were $61,202,388. Prior accident year reserves are now $57,384,168 as a result of payments and reserve changes attributable to insured events of prior accident years. From January 1, 2020 through March 31, 2020, $3,789,254 has been paid for loss and loss adjustment expenses attributable to insured events of prior accident years. In addition, the Company released reserves of $28,966, related to the re-estimate of unpaid losses and loss adjustment expenses for prior years. These reserve changes are mainly due to the release of reserves related to catastrophes for accident years 2017 and 2019 and to a lesser extent workers' compensation and personal auto liability, partially offset by increases in other liability and commercial auto liability reserves.

### Note 26 – Intercompany Pooling Arrangements

No significant change.

### Note 27 – Structured Settlements

No significant change.

### Note 28 – Health Care Receivables

No significant change.

### Note 29 – Participating Policies

## NOTES TO FINANCIAL STATEMENTS

**Note 33 – Asbestos/Environmental Reserves**

No significant change.

**Note 34 – Subscriber Savings Accounts**

No significant change.

**Note 35 – Multiple Peril Crop Insurance**

No significant change.

**Note 36 – Financial Guaranty Insurance**

The Company does not have any Financial Guaranty Insurance.

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

### GENERAL

1.1 Did the reporting entity experience any material transactions requiring the filing of Disclosure of Material Transactions with the State of Domicile, as required by the Model Act?                                                                                                          Yes [ ]    No [X]

1.2 If yes, has the report been filed with the domiciliary state?                                                                    Yes [ ]    No [ ]

2.1 Has any change been made during the year of this statement in the charter, by-laws, articles of incorporation, or deed of settlement of the reporting entity?                                                                                                          Yes [ ]    No [X]

2.2 If yes, date of change:

3.1 Is the reporting entity a member of an Insurance Holding Company System consisting of two or more affiliated persons, one or more of which is an insurer?     Yes [X]    No [ ]
If yes, complete Schedule Y, Parts 1 and 1A.

3.2 Have there been any substantial changes in the organizational chart since the prior quarter end?                                  Yes [ ]    No [X]

3.3 If the response to 3.2 is yes, provide a brief description of those changes.

3.4 Is the reporting entity publicly traded or a member of a publicly traded group?                                                   Yes [X]    No [ ]

3.5 If the response to 3.4 is yes, provide the CIK (Central Index Key) code issued by the SEC for the entity/group.                   0000874766

4.1 Has the reporting entity been a party to a merger or consolidation during the period covered by this statement?                   Yes [ ]    No [X]
If yes, complete and file the merger history data file with the NAIC for the annual filing corresponding to this period.

4.2 If yes, provide name of entity, NAIC Company Code, and state of domicile (use two letter state abbreviation) for any entity that has ceased to exist as a result of the merger or consolidation.

| 1 | 2 NAIC Company Code | 3 State of Domicile |
|---|---|---|
| Name of Entity | | |
| | 0 | |

5. If the reporting entity is subject to a management agreement, including third-party administrator(s), managing general agent(s), attorney-in-fact, or similar agreement, have there been any significant changes regarding the terms of the agreement or principals involved?
If yes, attach an explanation.                                                                                                        Yes [ ]    No [X]    N/A [ ]

6.1 State as of what date the latest financial examination of the reporting entity was made or is being made.                         12/31/2017

6.2 State the as of date that the latest financial examination report became available from either the state of domicile or the reporting entity. This date should be the date of the examined balance sheet and not the date the report was completed or released.     12/31/2017

6.3 State as of what date the latest financial examination report became available to other states or the public from either the state of domicile or the reporting entity. This is the release date or completion date of the examination report and not the date of the examination (balance sheet date).     05/10/2019

6.4 By what department or departments?

CT/IN/IL

6.5 Have all financial statement adjustments within the latest financial examination report been accounted for in a subsequent financial statement filed with Departments?                                                                                             Yes [X]    No [ ]    N/A [ ]

6.6 Have all of the recommendations within the latest financial examination report been complied with?                               Yes [ ]    No [ ]    N/A [X]

7.1 Has this reporting entity had any Certificates of Authority, licenses or registrations (including corporate registration, if applicable) suspended or revoked by any governmental entity during the reporting period?                                                              Yes [ ]    No [X]

7.2 If yes, give full information:

8.1 Is the company a subsidiary of a bank holding company regulated with the Federal Reserve Board?                                   Yes [ ]    No [X]

8.2 If response to 8.1 is yes, please identify the name of the bank holding company.

8.3 Is the company affiliated with one or more banks, thrifts or securities firms?                                                    Yes [X]    No [ ]

8.4 If the response to 8.3 is yes, please provide below the names and location (city and state of the main office) of any affiliates regulated by a federal regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC)] and identify the affiliate's primary federal regulator.

| 1 Affiliate Name | 2 Location (City, State) | 3 FRB | 4 OCC | 5 FDIC | 6 SEC |
|---|---|---|---|---|---|
| Hartford Administrative Services Company | Wayne, PA | NO | NO | NO | YES |
| Hartford Funds Distributors, LLC | Wayne, PA | NO | NO | NO | YES |
| Hartford Funds Management Company, LLC | Wayne, PA | NO | NO | NO | YES |
| Hartford Investment Management Company | Hartford, CT | NO | NO | NO | YES |
| Lattice Strategies LLC | Wayne, PA | NO | NO | NO | YES |

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

9.21 If the response to 9.2 is Yes, provide information related to amendment(s).

9.3 Have any provisions of the code of ethics been waived for any of the specified officers? Yes [ ] No [X]

9.31 If the response to 9.3 is Yes, provide the nature of any waiver(s).

### FINANCIAL

10.1 Does the reporting entity report any amounts due from parent, subsidiaries or affiliates on Page 2 of this statement? Yes [ ] No [X]

10.2 If yes, indicate any amounts receivable from parent included in the Page 2 amount: $ 0

### INVESTMENT

11.1 Were any of the stocks, bonds, or other assets of the reporting entity loaned, placed under option agreement, or otherwise made available for use by another person? (Exclude securities under securities lending agreements.) Yes [ ] No [X]

11.2 If yes, give full and complete information relating thereto:

12. Amount of real estate and mortgages held in other invested assets in Schedule BA: $ 0

13. Amount of real estate and mortgages held in short-term investments: $ 0

14.1 Does the reporting entity have any investments in parent, subsidiaries and affiliates? Yes [ ] No [X]

14.2 If yes, please complete the following:

|  |  | 1<br>Prior Year End Book/Adjusted<br>Carrying Value | 2<br>Current Quarter Book/Adjusted<br>Carrying Value |
|---|---|---|---|
| 14.21 | Bonds | $ 0 | $ 0 |
| 14.22 | Preferred Stock | 0 | 0 |
| 14.23 | Common Stock | 0 | 0 |
| 14.24 | Short-Term Investments | 0 | 0 |
| 14.25 | Mortgage Loans on Real Estate | 0 | 0 |
| 14.26 | All Other | 0 | 0 |
| 14.27 | Total Investment in Parent, Subsidiaries and Affiliates (Subtotal Lines 14.21 to 14.26) | $ 0 | $ 0 |
| 14.28 | Total Investment in Parent included in Lines 14.21 to 14.26 above | $ 0 | $ 0 |

15.1 Has the reporting entity entered into any hedging transactions reported on Schedule DB? Yes [ ] No [X]

15.2 If yes, has a comprehensive description of the hedging program been made available to the domiciliary state? Yes [ ] No [ ] N/A [X]

If no, attach a description with this statement.

16. For the reporting entity's security lending program, state the amount of the following as of current statement date:

16.1 Total fair value of reinvested collateral assets reported on Schedule DL, Parts 1 and 2: $ 0

16.2 Total book adjusted/carrying value of reinvested collateral assets reported on Schedule DL, Parts 1 and 2: $ 0

16.3 Total payable for securities lending reported on the liability page: $ 0

17. Excluding items in Schedule E-Part 3-Special Deposits, real estate, mortgage loans and investments held physically in the reporting entity's offices, vaults or safety deposit boxes, were all stocks, bonds and other securities, owned throughout the current year held pursuant to a custodial agreement with a qualified bank or trust company in accordance with Section 1, III - General Examination Considerations, F. Outsourcing of Critical Functions, Custodial or Safekeeping Agreements of the NAIC *Financial Condition Examiners Handbook*? Yes [X] No [ ]

17.1 For all agreements that comply with the requirements of the NAIC *Financial Condition Examiners Handbook*, complete the following:

| 1<br>Name of Custodian(s) | 2<br>Custodian Address |
|---|---|
| JPMorgan Chase Bank, N.A. | 4 Chase MetroTech Center, 16th Floor, Brooklyn, NY 11245 |

17.2 For all agreements that do not comply with the requirements of the NAIC *Financial Condition Examiners Handbook*, provide the name, location and a complete explanation:

| 1<br>Name(s) | 2<br>Location(s) | 3<br>Complete Explanation(s) |
|---|---|---|
|  |  |  |

17.3 Have there been any changes, including name changes, in the custodian(s) identified in 17.1 during the current quarter? Yes [ ] No [X]

17.4 If yes, give full and complete information relating thereto:

| 1<br>Old Custodian | 2<br>New Custodian | 3<br>Date of<br>Change | 4<br>Reason |
|---|---|---|---|

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

17.6  For those firms or individuals listed in the table for 17.5 with an affiliation code of "A" (affiliated) or "U" (unaffiliated), provide the information for the table below.

| 1<br>Central Registration Depository Number | 2<br>Name of Firm or Individual | 3<br>Legal Entity Identifier (LEI) | 4<br>Registered With | 5<br>Investment Management Agreement (IMA) Filed |
|---|---|---|---|---|
| 106699 | Hartford Investment Management Company | FE0BULMG7PY8G4MG7C65 | SEC | DS |

18.1  Have all the filing requirements of the *Purposes and Procedures Manual of the NAIC Investment Analysis Office* been followed?    Yes [ X ]    No [ ]

18.2  If no, list exceptions:

19.  By self-designating 5GI securities, the reporting entity is certifying the following elements for each self-designated 5GI security:
   a.  Documentation necessary to permit a full credit analysis of the security does not exist or an NAIC CRP credit rating for an FE or PL security is not available.
   b.  Issuer or obligor is current on all contracted interest and principal payments.
   c.  The insurer has an actual expectation of ultimate payment of all contracted interest and principal.
   Has the reporting entity self-designated 5GI securities?    Yes [ X ]    No [ ]

20.  By self-designating PLGI securities, the reporting entity is certifying the following elements for each self-designated PLGI security:
   a.  The security was purchased prior to January 1, 2018.
   b.  The reporting entity is holding capital commensurate with the NAIC Designation reported for the security.
   c.  The NAIC Designation was derived from the credit rating assigned by an NAIC CRP in its legal capacity as a NRSRO which is shown on a current private letter rating held by the insurer and available for examination by state insurance regulators.
   d.  The reporting entity is not permitted to share this credit rating of the PL security with the SVO.
   Has the reporting entity self-designated PLGI securities?    Yes [ X ]    No [ ]

21.  By assigning FE to a Schedule BA non-registered private fund, the reporting entity is certifying the following elements of each self-designated FE fund:
   a.  The security was purchased prior to January 1, 2019.
   b.  The reporting entity is holding capital commensurate with the NAIC Designation reported for the security.
   c.  The security had a public credit raing(s) with annual surveillance assigned by an NAIC CRP in its legal capacity as an NRSRO prior to January 1, 2019.
   d.  The fund only or predominantly holds bonds in its portfolio.
   e.  The current reporting NAIC designation was derived from the public credit rating(s) with annual surveillance assigned by an NAIC CRP in its legal capacity as an NRSRO.
   f.  The public credit rating(s) with annual surveillance assigned by an NAIC CRP has not lapsed.
   Has the reporting entity assigned FE to Schedule BA non-registered private funds that complied with the above criteria?    Yes [ ]    No [ X ]

# GENERAL INTERROGATORIES (continued)

## PART 2 – PROPERTY & CASUALTY INTERROGATORIES

1. If the reporting entity is a member of a pooling arrangement, did the agreement or the reporting entity's participation change?     Yes [ ]   No [ X ]   N/A [ ]

   If yes, attach an explanation.

2. Has the reporting entity reinsured any risk with any other reporting entity and agreed to release such entity from liability, in whole or in part, from any loss that may occur on the risk, or portion thereof, reinsured?     Yes [ ]   No [ X ]

   If yes, attach an explanation.

3.1 Have any of the reporting entity's primary reinsurance contracts been canceled?     Yes [ ]   No [ X ]

3.2 If yes, give full and complete information thereto:

4.1 Are any of the liabilities for unpaid losses and loss adjustment expenses other than certain workers' compensation tabular reserves (see *Annual Statement Instructions* pertaining to disclosure of discounting for definition of "tabular reserves,") discounted at a rate of interest greater than zero?     Yes [ ]   No [ X ]

4.2 If yes, complete the following schedule:

| 1 | 2 | 3 | Total Discount | | | | Discount Taken During Period | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Line of Business | Maximum Interest | Disc. Rate | Unpaid Losses | Unpaid LAE | IBNR | Total | Unpaid Losses | Unpaid LAE | IBNR | Total |
| | 0.000 | 0.000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | XXX | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

5. Operating Percentages:

   5.1 A&H loss percent     28.000%

   5.2 A&H cost containment percent     2.000%

   5.3 A&H expense percent excluding cost containment expenses     53.000%

6.1 Do you act as a custodian for health savings accounts?     Yes [ ]   No [ X ]

6.2 If yes, please provide the amount of custodial funds held as of the reporting date.     $     0

6.3 Do you act as an administrator for health savings accounts?     Yes [ ]   No [ X ]

6.4 If yes, please provide the amount of funds administered as of the reporting date.     $     0

7. Is the reporting entity licensed or chartered, registered, qualified, eligible or writing business in at least two states?     Yes [ X ]   No [ ]

7.1 If no, does the reporting entity assume reinsurance business that covers risks residing in at least one state other than the state of domicile of the reporting entity?     Yes [ ]   No [ ]

# SCHEDULE F - CEDED REINSURANCE

Showing All New Reinsurers - Current Year to Date

| 1<br><br>NAIC<br>Company<br>Code | 2<br><br><br>ID Number | 3<br><br><br><br>Name of Reinsurer | 4<br><br><br>Domiciliary<br>Jurisdiction | 5<br><br><br>Type of<br>Reinsurer | 6<br><br>Certified<br>Reinsurer Rating<br>(1 through 6) | 7<br>Effective Date<br>of Certified<br>Reinsurer<br>Rating |
|---|---|---|---|---|---|---|

# NONE

# SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN

## Current Year to Date - Allocated by States and Territories

| | | 1 | Direct Premiums Written | | Direct Losses Paid (Deducting Salvage) | | Direct Losses Unpaid | |
| | | Active Status (a) | 2 Current Year to Date | 3 Prior Year to Date | 4 Current Year to Date | 5 Prior Year to Date | 6 Current Year to Date | 7 Prior Year to Date |
|---|---|---|---|---|---|---|---|---|
| 1. | Alabama................AL | L | 2,981,275 | 3,489,259 | 798,616 | 876,964 | 11,593,460 | 9,387,307 |
| 2. | Alaska...................AK | L | 0 | 0 | 0 | 0 | 0 | 0 |
| 3. | Arizona..................AZ | L | 5,066,290 | 4,754,105 | 1,387,733 | 1,345,164 | 15,322,927 | 16,796,481 |
| 4. | Arkansas...............AR | L | 1,079,281 | 1,092,672 | 365,665 | 321,306 | 4,705,582 | 2,609,486 |
| 5. | California...............CA | L | 79,748,229 | 87,105,098 | 34,048,872 | 48,064,085 | 389,371,451 | 404,508,747 |
| 6. | Colorado................CO | L | 5,971,788 | 5,861,043 | 2,713,251 | 2,126,953 | 28,895,388 | 24,355,130 |
| 7. | Connecticut...........CT | L | 10,726,381 | 11,868,516 | 5,788,088 | 5,911,529 | 42,072,022 | 49,162,127 |
| 8. | Delaware................DE | L | 996,923 | 828,008 | 254,499 | 81,926 | 7,050,967 | 6,738,437 |
| 9. | District of Columbia...DC | L | 1,587,514 | 1,769,120 | 365,097 | 359,974 | 4,096,399 | 6,667,675 |
| 10. | Florida..................FL | L | 5,697,399 | 7,552,261 | 3,383,375 | 3,312,443 | 25,135,271 | 21,909,367 |
| 11. | Georgia.................GA | L | 7,311,121 | 7,509,967 | 3,251,278 | 3,479,816 | 28,374,225 | 22,116,996 |
| 12. | Hawaii....................HI | L | 0 | 0 | (30,033) | (10,845) | 1,408,127 | 3,240,993 |
| 13. | Idaho.....................ID | L | 2,471,877 | 2,546,400 | 1,641,213 | 1,817,198 | 5,805,702 | 4,971,914 |
| 14. | Illinois...................IL | L | 10,530,526 | 12,950,875 | 3,376,987 | 5,282,496 | 55,636,228 | 55,229,986 |
| 15. | Indiana..................IN | L | 2,377,077 | 2,084,072 | 456,530 | 1,010,723 | 6,393,022 | 7,811,791 |
| 16. | Iowa......................IA | L | 1,542,425 | 1,916,670 | 740,745 | 959,262 | 21,270,299 | 18,980,871 |
| 17. | Kansas..................KS | L | 1,938,662 | 2,361,780 | 847,632 | 856,784 | 12,317,369 | 10,171,588 |
| 18. | Kentucky...............KY | L | 1,728,083 | 1,566,706 | 624,589 | 910,048 | 5,081,794 | 6,047,745 |
| 19. | Louisiana..............LA | L | 1,088,939 | 1,141,640 | 152,448 | 1,399,600 | 7,645,935 | 13,469,123 |
| 20. | Maine....................ME | L | 487,233 | 479,657 | 259,378 | 451,588 | 1,686,863 | 1,907,956 |
| 21. | Maryland...............MD | L | 7,807,937 | 8,127,796 | 3,160,375 | 3,490,164 | 40,239,601 | 47,260,066 |
| 22. | Massachusetts.......MA | L | 6,351,263 | 6,788,285 | 1,206,556 | 1,171,160 | 15,281,794 | 14,172,277 |
| 23. | Michigan................MI | L | 3,798,821 | 4,638,749 | 2,696,421 | 1,711,895 | 9,350,720 | 11,184,921 |
| 24. | Minnesota.............MN | L | 5,941,258 | 6,410,274 | 3,122,271 | 3,770,088 | 14,005,811 | 12,997,571 |
| 25. | Mississippi............MS | L | 1,118,748 | 1,367,875 | 317,287 | 256,251 | 3,358,282 | 2,971,973 |
| 26. | Missouri................MO | L | 3,832,401 | 4,429,820 | 1,457,035 | 1,237,563 | 21,061,453 | 15,723,749 |
| 27. | Montana................MT | L | 578,848 | 694,753 | 98,883 | 434,382 | 1,312,741 | 1,668,909 |
| 28. | Nebraska...............NE | L | 777,340 | 884,243 | 228,615 | 80,007 | 3,206,010 | 2,108,534 |
| 29. | Nevada..................NV | L | 3,943,589 | 4,081,288 | 1,340,831 | 1,596,192 | 11,757,046 | 9,806,894 |
| 30. | New Hampshire......NH | L | 757,267 | 779,673 | 263,484 | 1,234,733 | 2,318,924 | 3,779,615 |
| 31. | New Jersey............NJ | L | 28,763,993 | 25,942,850 | 10,909,032 | 14,486,464 | 201,609,785 | 180,529,196 |
| 32. | New Mexico...........NM | L | 1,868,314 | 1,810,271 | 660,401 | 1,108,434 | 3,351,009 | 6,715,819 |
| 33. | New York...............NY | L | 37,108,615 | 39,868,076 | 23,915,559 | 19,528,751 | 294,510,830 | 297,256,083 |
| 34. | North Carolina........NC | L | 5,647,573 | 6,568,693 | 2,217,030 | 3,326,654 | 15,691,952 | 26,088,401 |
| 35. | North Dakota..........ND | L | 125,947 | 148,719 | 33,465 | 56,131 | 165,779 | 80,722 |
| 36. | Ohio......................OH | L | 2,174,704 | 2,484,387 | 534,804 | 395,862 | 3,214,978 | 3,103,723 |
| 37. | Oklahoma..............OK | L | 4,902,128 | 5,246,459 | 2,380,073 | 2,621,699 | 13,510,530 | 13,294,472 |
| 38. | Oregon..................OR | L | 2,107,745 | 2,315,177 | 408,748 | 445,911 | 13,103,317 | 14,218,944 |
| 39. | Pennsylvania.........PA | L | 7,271,377 | 7,951,653 | 2,898,460 | 3,154,669 | 38,756,099 | 36,689,102 |
| 40. | Rhode Island..........RI | L | 873,814 | 1,141,383 | 149,548 | 542,285 | 6,995,693 | 3,952,803 |
| 41. | South Carolina.......SC | L | 3,606,421 | 4,062,731 | 1,954,077 | 903,018 | 19,972,640 | 20,944,673 |
| 42. | South Dakota.........SD | L | 202,250 | 149,326 | 99,434 | 78,590 | 762,680 | 789,325 |
| 43. | Tennessee.............TN | L | 3,940,699 | 4,263,107 | 2,343,966 | 2,904,659 | 17,613,466 | 22,518,896 |
| 44. | Texas....................TX | L | 22,489,190 | 25,235,721 | 9,647,695 | 11,879,633 | 96,200,039 | 88,717,555 |
| 45. | Utah......................UT | L | 1,177,187 | 1,396,338 | 1,167,345 | 863,300 | 9,313,631 | 3,116,250 |
| 46. | Vermont.................VT | L | 389,376 | 445,484 | 11,616 | 62,423 | 441,047 | 702,593 |
| 47. | Virginia..................VA | L | 6,961,573 | 6,878,125 | 2,152,255 | 1,296,870 | 25,069,759 | 17,143,830 |
| 48. | Washington............WA | L | 7,265,638 | 6,845,950 | 2,100,274 | 7,885,658 | 17,902,296 | 15,133,483 |
| 49. | West Virginia..........WV | L | 611,013 | 699,285 | 157,663 | 675,919 | 1,824,655 | 1,869,539 |
| 50. | Wisconsin.............WI | L | 659,025 | 753,995 | 81,710 | 238,199 | 1,724,853 | 1,729,486 |
| 51. | Wyoming...............WY | L | 96,186 | 116,288 | 8,730 | 6,943 | 403,985 | 145,614 |
| 52. | American Samoa.....AS | N | 0 | 0 | 0 | 0 | 0 | 0 |
| 53. | Guam....................GU | N | 0 | 0 | 0 | 0 | 0 | 0 |
| 54. | Puerto Rico............PR | N | 160 | 0 | 0 | 0 | 22 | 0 |
| 55. | US Virgin Islands.....VI | N | 0 | 0 | 0 | 0 | 0 | 0 |
| 56. | Northern Mariana Islands...MP | N | 0 | 0 | 0 | 0 | 0 | 0 |
| 57. | Canada.................CAN | N | 0 | 0 | 0 | 0 | 0 | 0 |

# SCHEDULE Y – INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP
## PART 1 - ORGANIZATIONAL CHART

### NORTH AMERICAN PROPERTY/CASUALTY OPERATIONS

*Hartford Fire Insurance Company #19682/CT
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)
- *Hartford Underwriters Insurance Company 06-1222527 /NAIC #30104/CT
  - Twin City Fire Insurance Company 06-0723738/NAIC #29459/IN
  - *Hartford Insurance Company of Illinois 06-1010609/NAIC #38288/IL
  - *Hartford Lloyd's Insurance Company 06-1007031/NAIC #38253/TX
- *Hartford Accident and Indemnity Company 06-0383030/NAIC #22357/CT
  - *Hartford Casualty Insurance Company 06-0294398/NAIC #29424/IN
- HRA Brokerage Services, Inc. 06-1126748/CT
  - Cervus Claim Solutions, LLC 82-2406044/DE
- *Maxum Indemnity Company 51-0269728/3/NAIC #26743/CT
  - *Maxum Casualty Insurance Company 58-2261249/NAIC #10784/CT
  - Maxum Specialty Services Corporation 47-4283366/GA
- Access CoverageCorp, Inc. 56-2160819/NC
  - Access CoverageCorp Technologies, Inc. 56-2160810/NC
- Hartford Underwriters General Agency, Inc. 27-0506408/TX
- Hartford of Texas General Agency, Inc. 27-0505507/TX
- Hartford Casualty General Agency, Inc. 27-0769604 /TX
- Hartford Fire General Agency, Inc. 01-0769609/TX
- Nutmeg Insurance Agency, Inc. 06-1316175 /CT
- *AgChoice, Inc. 46-0302747/SD
- Hartford Lloyd's Corporation 06-1360317/TX
- Business Management Group, Inc. 06-1095267/CT
- Hartford Integrated Technologies, Inc. 06-1138375/CT

*Nutmeg Insurance Company 06-1032405/NAIC #39608/CT
(100% of common stock owned by Hartford Holdings, Inc. 22-3866674/DE)
- Hartford Management, Ltd./Bermuda
- *Hartford Insurance Ltd./Bermuda
- Hart Re Group, LLC 06-1032405/CT
- HL-A LLC 20-6550106/CT
- Hartford Residual Market, LLC 74-3112496/CT
- Trumbull Flood Management, LLC 84-3517512/CT

*Hartford Insurance Company of the Midwest 06-1008026/NAIC #37478/IN
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/CT)

*Hartford Insurance Company of the Southeast 06-1013048/NAIC #38261/CT
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)

*Trumbull Insurance Company 06-1189484/NAIC #27120/CT
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)
- Hartford Specialty Insurance Services of Texas, LLC 06-1595087 /TX
- Horizon Management Group, LLC 06-1526440/DE

*Property and Casualty Insurance Company of Hartford 06-1276326/NAIC #34690/IN
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)

*Pacific Insurance Company, Limited 06-1401918/NAIC #10046/CT
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)

*Sentinel Insurance Company, Ltd. 06-1552103/NAIC #11000/CT
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)

*The Navigators Group, Inc. 13-3138397/DE
(100% of common stock owned by The Hartford Financial Services Group, Inc. 13-3317783/DE)
- *Navigators Insurance Company 13-3158390 /NAIC #42307/NY
  - *Navigators Specialty Insurance Company 13-3356448/NAIC #36056/NY
- *Navigators Management Company, Inc. 13-2771091/NY
- *Navigators International Insurance Company, Ltd./GBR
- Navigators Holdings (UK) Limited/GBR
  - Navigators Management (U.K.) Limited/GBR
  - Navigators Corporate Underwriters Limited 98-0192663/GBR (corporate member for Syndicate 1221)
  - Navigators Underwriting Agency Limited/GBR
    - *Millennium Underwriting Limited/GBR
    - Navigators N.V./BEL
    - Navigators Underwriting Limited/GBR
- NIC Investments (Chile)SpA/CHL
  - Aseguradora Porvenir S.A./CHL (33% ownership)
- Navigators Asia Limited/HKG
- Navigators Holdings (Europe) N.V./BEL
  - Bracht, Deckers & Mackelbert N.V./BEL
  - Assurantie Continentale Continentale Verzekeringen N.V./BEL
  - Canal Re S.A./LUX

Hartford Holdings, Inc. 22-3866674/DE
(100% of common stock owned by The Hartfo...)
- Hartford Funds Management Group, Inc. 46-...
  - Hartford Administrative Services Co...
  - Hartford Funds Distributors, LLC 06...
  - Hartford Funds Management Compa...
  - HL Investment Advisors, LLC 06...
  - Lattice Strategies, LLC 32-0501...
- *Hartford Life and Accident Insurance Comp...

### OTHER OPERATIONS OWNED BY

Hartford Investment Management Company
Hartford Strategic Investments, LLC 20-5814...

Heritage Holdings, Inc. 06-1442285/CT
- *First State Insurance Company 04-21884...
- *New England Reinsurance Company 04-...
- *New England Reinsurance Corporation...
- *Heritage Reinsurance Company, Ltd. 98-...

*New Ocean Insurance Company, Ltd. 98-01...
FTC Resolution Company, LLC 45-3071946...
MPC Resolution Company, LLC/DE

Hartford Stag Ventures, LLC 83-2539178/DE
Y-Risk, LLC 47-4172377/CT
Hartford Productivity Services, LLC 84-...

* denotes an insurance company

Statement for March 31, 2020 of the **SENTINEL INSURANCE COMPANY, LTD.**

## SCHEDULE Y

### PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Members** | | | | | | | | | | | | |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 13-3317783 | | 874766 | NYSE | The Hartford Financial Services Group, Inc. | DE | UDP | | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 19682 | 06-0383750 | | | | Hartford Fire Insurance Company | CT | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 30104 | 06-1222527 | | | | Hartford Underwriters Insurance Company | CT | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 29459 | 06-0732738 | | | | Twin City Fire Insurance Company | IN | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 38288 | 06-1010609 | | | | Hartford Insurance Company of Illinois | IL | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 38253 | 06-1007031 | | | | Hartford Lloyd's Insurance Company | TX | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 22357 | 06-0383030 | | | | Hartford Accident and Indemnity Company | CT | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 29424 | 06-0294398 | | | | Hartford Casualty Insurance Company | IN | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 06-1126749 | | | | HRA Brokerage Services, Inc. | CT | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 82-2406044 | | | | Cervus Claim Solutions, LLC | DE | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 26743 | 51-0097283 | | | | Maxum Indemnity Company | CT | IA | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 10784 | 58-2281249 | | | | Maxum Casualty Insurance Company | CT | IA | Maxum Indemnity Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 47-4283366 | | | | Maxum Specialty Services Company | GA | N/A | Maxum Indemnity Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 56-2160819 | | | | Access CoverageCorp, Inc. | NC | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 56-2160810 | | | | Access CoverageCorp Technologies, Inc. | NC | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 27-0505408 | | | | Hartford Underwriters General Agency, Inc. | TX | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 27-0505557 | | | | Hartford of Texas General Agency, Inc. | TX | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 01-0769604 | | | | Hartford Casualty General Agency, Inc. | TX | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 01-0769609 | | | | Hartford Fire General Agency, Inc. | TX | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |

# SCHEDULE Y

## PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership, Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1316175 | | | | Nutmeg Insurance Agency, Inc. | CT | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 46-0362741 | | | | 1st Agchoice, Inc. | SD | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1360317 | | | | Hartford Lloyd's Corporation | TX | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1095267 | | | | Business Management Group, Inc. | CT | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1133375 | | | | Hartford Integrated Technologies, Inc. | CT | N/A | Hartford Fire Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 39608 | 06-1032405 | | | | Nutmeg Insurance Company | CT | IA | Hartford Holdings, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | | | | | Hartford Management, Ltd. | BMU | N/A | Nutmeg Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1032405 | | | | Hartford Insurance Ltd. | BMU | IA | Hartford Management, Ltd. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1032405 | | | | Hart Re Group, LLC. | CT | N/A | Nutmeg Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 20-5550106 | | | | HLA LLC. | CT | N/A | Nutmeg Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 74-3112496 | | | | Hartford Residual Market, LLC. | CT | N/A | Nutmeg Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 88-0517612 | | | | Trumbull Flood Management, LLC. | CT | N/A | Nutmeg Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 37478 | 06-1008026 | | | | Hartford Insurance Company of the Midwest | IN | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 38261 | 06-1013048 | | | | Hartford Insurance Company of the Southeast | CT | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 27120 | 06-1184984 | | | | Trumbull Insurance Company | CT | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1595087 | | | | Hartford Specialty Insurance Services of Texas, LLC | TX | N/A | Trumbull Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1526449 | | | | Horizon Management Group, LLC. | DE | N/A | Trumbull Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 34690 | 06-1276326 | | | | Property and Casualty Insurance Company of Hartford | IN | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |

## SCHEDULE Y

### PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership, Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0091 | The Hartford Fin Svcs Grp Inc. | 10046 | 06-1401918 | | | | Pacific Insurance Company, Limited | CT | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 11000 | 06-1552103 | | | | Sentinel Insurance Company, Ltd. | CT | RE | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 22-3866674 | | | | MPC Resolution Company, LLC. | DE | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 46-1470670 | | | | Hartford Holdings, Inc. | DE | N/A | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 41-0679409 | | 1411902 | | Hartford Funds Management Group, Inc. | DE | N/A | Hartford Holdings, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 41-1629808 | | 1165489 | | Hartford Administrative Services Company | MN | N/A | Hartford Funds Management Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 45-4276111 | | | | Hartford Funds Distributors, LLC. | DE | N/A | Hartford Funds Management Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1534085 | | 1102793 | | Hartford Funds Management Company, LLC. | CT | N/A | Hartford Funds Management Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 32-0501795 | | | | HL Investment Advisors, LLC. | DE | N/A | Hartford Funds Management Company, LLC. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-0838648 | | | | Lattice Strategies, LLC. | CT | N/A | Hartford Funds Management Company, LLC. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 70815 | 83-2539179 | | | | Hartford Life and Accident Insurance Company | CT | IA | Hartford Holdings, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 47-4172377 | | | | Hartford STAG Ventures, LLC. | DE | N/A | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 84-2432714 | | | | Y-Risk, LLC. | CT | N/A | Hartford STAG Ventures, LLC. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1472135 | | 922439 | | Hartford Productivity Services, LLC. | DE | N/A | Hartford STAG Ventures, LLC. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 20-5814558 | | | | Hartford Investment Management Company | DE | N/A | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000 | 06-1442285 | | | | Hartford Strategic Investments, LLC. | CT | N/A | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 21822 | 04-2198460 | | | | Heritage Holdings, Inc. | CT | IA | Heritage Holdings, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 21830 | 04-2177185 | | | | First State Insurance Company | CT | IA | First State Insurance Company | Ownership | 100.000 |
| | | | | | | | New England Insurance Company | | | | Ownership | 100.000 |

# SCHEDULE Y

## PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0091 | The Hartford Fin Svcs Grp Inc | 41829 | 06-1053492 | | | | New England Reinsurance Corporation | CT | IA | First State Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 98-0188675 | | | | Heritage Reinsurance Company, Ltd | BMU | IA | Heritage Holdings, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 98-0188674 | | | | New Ocean Insurance Company, Ltd | BMU | IA | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 45-3071946 | | | | FTC Resolution Company, LLC. | DE | N/A | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 13-3138397 | | 793547 | | The Navigators Group, Inc. | DE | N/A | The Hartford Financial Services Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 42307 | 13-3138390 | | | | Navigators Insurance Company | NY | IA | The Navigators Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 36056 | 13-3536448 | | | | Navigators Specialty Insurance Company | NY | IA | Navigators Insurance Company | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 13-2771091 | | | | Navigators Management Company, Inc. | NY | N/A | The Navigators Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators International Insurance Company LTD. | GBR | IA | The Navigators Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators Holdings (UK) Limited | GBR | N/A | The Navigators Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators Management (UK) Limited | GBR | N/A | Navigators Holdings (UK) Limited | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 98-0192863 | | | | Navigators Corporate Underwriters Limited (corporate member for Syndicate 221) | GBR | N/A | Navigators Holdings (UK) Limited | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators Underwriting Agency Limited | GBR | N/A | Navigators Holdings (UK) Limited | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Millennium Underwriting Limited | GBR | IA | Navigators Underwriting Agency Limited | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators N.V. | BEL | N/A | Navigators Underwriting Agency Limited | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators Underwriting Limited | GBR | N/A | Navigators Underwriting Agency Limited | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | NIC Investments (Chile) SpA. | CHI | N/A | The Navigators Group, Inc. | Ownership | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Aseguradora Porvenir S.A. | CHI | N/A | | Ownership | 33.000 |
| 0091 | The Hartford Fin Svcs Grp Inc | 00000 | 00-0000000 | | | | Navigators Asia Limited | HKG | N/A | The Navigators Group, Inc. | Ownership | 100.000 |

## SCHEDULE Y

### PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership, Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000... | 00-0000000... | | | | Navigators Holdings (Europe) N.V. | BEL...... | N/A... | The Navigators Group, Inc. | Ownership... | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000... | 00-0000000... | | | | Bracht, Deckers & Mackelbert N.V. | BEL...... | N/A... | Navigators Holdings (Europe) N.V. | Ownership... | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000... | 00-0000000... | | | | Assurances Continentales Continentale Verzekeringen N.V. | BEL...... | IA... | Navigators Holdings (Europe) N.V. | Ownership... | 100.000 |
| 0091 | The Hartford Fin Svcs Grp Inc. | 00000... | 00-0000000... | | | | Canal Re S.A. | LUX...... | IA... | Assurances Continentales Continentale Verzekeringen N.V. | Ownership... | 100.000 |

**Q12.4**

# PART 1 - LOSS EXPERIENCE

| Lines of Business | 1 Direct Premiums Earned | 2 Direct Losses Incurred | 3 Direct Loss Percentage | 4 Prior Year to Date Direct Loss Percentage |
|---|---|---|---|---|
| | | Current Year to Date | | |
| 1. Fire | 0 | 0 | 0.000 | 0.000 |
| 2. Allied lines | 20,270 | (55) | (0.271) | 0.000 |
| 3. Farmowners multiple peril | 0 | 0 | 0.000 | 0.000 |
| 4. Homeowners multiple peril | 14,236,259 | 4,990,952 | 35.058 | 63.452 |
| 5. Commercial multiple peril | 159,959,309 | 76,988,180 | 48.130 | 44.831 |
| 6. Mortgage guaranty | 0 | 0 | 0.000 | 0.000 |
| 8. Ocean marine | 0 | (37) | 0.000 | (0.310) |
| 9. Inland marine | 266,222 | 15,526 | 5.832 | 37.102 |
| 10. Financial guaranty | 0 | 0 | 0.000 | 0.000 |
| 11.1. Medical professional liability - occurrence | 0 | 0 | 0.000 | 0.000 |
| 11.2. Medical professional liability - claims-made | 0 | 0 | 0.000 | 0.000 |
| 12. Earthquake | 426,966 | (37) | (0.009) | (0.004) |
| 13. Group accident and health | 0 | 0 | 0.000 | 0.000 |
| 14. Credit accident and health | 0 | 0 | 0.000 | 0.000 |
| 15. Other accident and health | 0 | 0 | 0.000 | 0.000 |
| 16. Workers' compensation | 82,442,545 | 45,758,078 | 55.503 | 29.221 |
| 17.1 Other liability-occurrence | 20,412,164 | 2,924,172 | 14.326 | 24.666 |
| 17.2 Other liability-claims made | 8,725,834 | 1,176,044 | 13.478 | 15.836 |
| 17.3 Excess workers' compensation | 0 | 0 | 0.000 | 0.000 |
| 18.1 Products liability-occurrence | 0 | 0 | 0.000 | 0.000 |
| 18.2 Products liability-claims made | 0 | 0 | 0.000 | 0.000 |
| 19.1, 19.2 Private passenger auto liability | 8,316,805 | 5,713,910 | 68.703 | 31.051 |
| 19.3, 19.4 Commercial auto liability | 12,405,204 | 10,701,685 | 86.268 | 17.787 |
| 21. Auto physical damage | 8,432,032 | 3,160,287 | 37.480 | 44.611 |
| 22. Aircraft (all perils) | 0 | 0 | 0.000 | 0.000 |
| 23. Fidelity | 0 | 0 | 0.000 | 0.000 |
| 24. Surety | 0 | 0 | 0.000 | 0.000 |
| 26. Burglary and theft | 0 | 0 | 0.000 | 0.000 |
| 27. Boiler and machinery | 359 | (0) | (0.092) | (0.050) |
| 28. Credit | 0 | 0 | 0.000 | 0.000 |
| 29. International | 0 | 0 | 0.000 | 0.000 |
| 30. Warranty | 0 | 0 | 0.000 | 0.000 |
| 31. Reinsurance-nonproportional assumed property | XXX | XXX | XXX | XXX |
| 32. Reinsurance-nonproportional assumed liability | XXX | XXX | XXX | XXX |
| 33. Reinsurance-nonproportional assumed financial lines | XXX | XXX | XXX | XXX |
| 34. Aggregate write-ins for other lines of business | 0 | 0 | 0.000 | 0.000 |
| 35. Totals | 315,643,968 | 151,428,706 | 47.975 | 38.120 |
| DETAILS OF WRITE-INS | | | | |
| 3401. | 0 | 0 | 0.000 | 0.000 |
| 3402. | 0 | 0 | 0.000 | 0.000 |
| 3403. | 0 | 0 | 0.000 | 0.000 |
| 3498. Sum. of remaining write-ins for Line 34 from overflow page | 0 | 0 | 0.000 | XXX |
| 3499. Totals (Lines 3401 thru 3403 plus 3498) (Line 34) | 0 | 0 | 0.000 | 0.000 |

# PART 2 - DIRECT PREMIUMS WRITTEN

| Lines of Business | 1 Current Quarter | 2 Current Year to Date | 3 Prior Year Year to Date |
|---|---|---|---|
| 1. Fire | 0 | 0 | 0 |
| 2. Allied lines | 17,502 | 17,502 | 19,059 |
| 3. Farmowners multiple peril | 0 | 0 | 0 |
| 4. Homeowners multiple peril | 11,397,641 | 11,397,641 | 12,835,906 |
| 5. Commercial multiple peril | 160,271,064 | 160,271,064 | 168,178,843 |
| 6. Mortgage guaranty | 0 | 0 | 0 |
| 8. Ocean marine | 0 | 0 | 111 |
| 9. Inland marine | 218,830 | 218,830 | 272,054 |
| 10. Financial guaranty | 0 | 0 | 0 |
| 11.1 Medical professional liability - occurrence | 0 | 0 | 0 |
| 11.2 Medical professional liability - claims made | 0 | 0 | 0 |
| 12. Earthquake | 291,164 | 291,164 | 347,450 |
| 13. Group accident and health | 0 | 0 | 0 |
| 14. Credit accident and health | 0 | 0 | 0 |
| 15. Other accident and health | 0 | 0 | 0 |
| 16. Workers' compensation | 85,788,497 | 85,788,497 | 93,932,147 |
| 17.1 Other liability-occurrence | 20,641,894 | 20,641,894 | 21,723,130 |
| 17.2 Other liability-claims made | 9,184,008 | 9,184,008 | 10,356,882 |
| 17.3 Excess workers' compensation | 0 | 0 | 0 |
| 18.1 Products liability-occurrence | 0 | 0 | 0 |
| 19.1, 19.2 Private passenger auto liability | 7,888,668 | 7,888,668 | 8,428,318 |
| 19.3, 19.4 Commercial auto liability | 12,481,262 | 12,481,262 | 14,303,683 |
| 21. Auto physical damage | 8,300,663 | 8,300,663 | 9,011,054 |
| 22. Aircraft (all perils) | 0 | 0 | 0 |
| 23. Fidelity | 0 | 0 | 0 |

Statement for March 31, 2020 of the  SENTINEL INSURANCE COMPANY, LTD.

## PART 3 (000 omitted)

### LOSS AND LOSS ADJUSTMENT EXPENSE RESERVES SCHEDULE

| Years in Which Losses Occurred | 1 Prior Year-End Known Case Loss and LAE Reserves | 2 Prior Year-End IBNR Loss and LAE Reserves | 3 Total Prior Year-End Loss and LAE Reserves (Cols. 1 + 2) | 4 2020 Loss and LAE Payments on Claims Reported as of Prior Year-End | 5 2020 Loss and LAE Payments on Claims Unreported as of Prior Year-End | 6 Total 2020 Loss and LAE Payments (Cols. 4 + 5) | 7 Q.S. Date Known Case Loss and LAE Reserves on Claims Reported and Open as of Prior Year-End | 8 Q.S. Date Known Case Loss and LAE Reserves on Claims Reported or Reopened Subsequent to Prior Year-End | 9 Q.S. Date IBNR Loss and LAE Reserves | 10 Total Q.S. Loss and LAE Reserves (Cols. 7 + 8 + 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 2017 + Prior | 11,258 | 26,883 | 38,141 | 1,296 | 117 | 1,414 | 10,355 | 451 | 25,906 | 36,713 |
| 2. 2018 | 2,465 | 7,041 | 9,506 | 672 | 15 | 688 | 2,237 | 43 | 6,515 | 8,795 |
| 3. Subtotals 2018 + Prior | 13,723 | 33,924 | 47,646 | 1,969 | 133 | 2,102 | 12,593 | 494 | 32,421 | 45,508 |
| 4. 2019 | 3,135 | 10,421 | 13,556 | 1,542 | 146 | 1,688 | 2,407 | 213 | 9,256 | 11,876 |
| 5. Subtotals 2019 + Prior | 16,857 | 44,345 | 61,202 | 3,510 | 279 | 3,789 | 15,000 | 707 | 41,678 | 57,384 |
| 6. 2020 | XXX | XXX | XXX | XXX | 869 | 869 | XXX | 745 | 3,218 | 3,962 |
| 7. Totals | 16,857 | 44,345 | 61,202 | 3,510 | 1,148 | 4,659 | 15,000 | 1,451 | 44,895 | 61,346 |
| 8. Prior Year-End Surplus As Regards Policyholders | 228,745 | | | | | | | | | |

Q14

# SUPPLEMENTAL EXHIBITS AND SCHEDULES INTERROGATORIES

The following supplemental reports are required to be filed as part of your statement filing. However, in the event that your company does not transact the type of business for which the special report must be filed, your response of NO to the specific interrogatory will be accepted in lieu of filing a "NONE" report and a bar code will be printed below. If the supplement is required of your company but is not being filed for whatever reason, enter SEE EXPLANATION and provide an explanation following the interrogatory questions.

|     |                                                                                                                                              | Response |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------- | -------- |
| 1.  | Will the Trusteed Surplus Statement be filed with the state of domicile and the NAIC with this statement?                                     | NO       |
| 2.  | Will Supplement A to Schedule T (Medical Professional Liability Supplement) be filed with this statement?                                     | NO       |
| 3.  | Will the Medicare Part D Coverage Supplement be filed with the state of domicile and the NAIC with this statement?                            | NO       |
| 4.  | Will the Director and Officer Insurance Coverage Supplement be filed with the state of domicile and the NAIC with this statement?             | NO       |

**Explanation:**

1. The data for this supplement is not required to be filed.
2. The data for this supplement is not required to be filed.
3. The data for this supplement is not required to be filed.
4. The data for this supplement is not required to be filed.

**Bar Code:**



* 1 1 0 0 0 2 0 2 0 4 9 0 0 0 0 0 1 *

* 1 1 0 0 0 2 0 2 0 4 5 5 0 0 0 0 1 *

* 1 1 0 0 0 2 0 2 0 3 6 5 0 0 0 0 1 *

* 1 1 0 0 0 2 0 2 0 5 0 5 0 0 0 0 1 *

# Overflow Page for Write-Ins

# NONE

# SCHEDULE A - VERIFICATION
### Real Estate

|  | | 1<br><br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|---|
| 1. | Book/adjusted carrying value, December 31 of prior year............................................ | 0 | 0 |
| 2. | Cost of acquired: | | |
| | 2.1 Actual cost at time of acquisition............................................ | 0 | 0 |
| | 2.2 Additional investment made after acquisition............................................ | 0 | 0 |
| 3. | Current year change in encumbrances............................................ | 0 | 0 |
| 4. | Total gain (loss) on disposals............................................ | 0 | 0 |
| 5. | Deduct amounts received on disposals............................................ | 0 | 0 |
| 6. | Total foreign exchange change in book/adjusted carrying value............................................ | 0 | 0 |
| 7. | Deduct current year's other-than-temporary impairment recognized............................................ | 0 | 0 |
| 8. | Deduct current year's depreciation............................................ | 0 | 0 |
| 9. | Book/adjusted carrying value at end of current period (Lines 1+2+3+4-5+6-7-8)............................................ | 0 | 0 |
| 10. | Deduct total nonadmitted amounts............................................ | 0 | 0 |
| 11. | Statement value at end of current period (Line 9 minus Line 10)............................................ | 0 | 0 |

**NONE**

# SCHEDULE B - VERIFICATION
### Mortgage Loans

|  | | 1<br><br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|---|
| 1. | Book value/recorded investment excluding accrued interest, December 31 of prior year............................................ | 0 | 0 |
| 2. | Cost of acquired: | | |
| | 2.1 Actual cost at time of acquisition............................................ | 0 | 0 |
| | 2.2 Additional investment made after acquisition............................................ | 0 | 0 |
| 3. | Capitalized deferred interest and other............................................ | 0 | 0 |
| 4. | Accrual of discount............................................ | 0 | 0 |
| 5. | Unrealized valuation increase (decrease)............................................ | 0 | 0 |
| 6. | Total gain (loss) on disposals............................................ | 0 | 0 |
| 7. | Deduct amounts received on disposals............................................ | 0 | 0 |
| 8. | Deduct amortization of premium and mortgage interest points and commitment fees............................................ | 0 | 0 |
| 9. | Total foreign exchange change in book value/recorded investment excluding accrued interest............................................ | 0 | 0 |
| 10. | Deduct current year's other-than-temporary impairment recognized............................................ | 0 | 0 |
| 11. | Book value/recorded investment excluding accrued interest at end of current period (Lines 1+2+3+4+5+6-7-8+9-10)............................................ | 0 | 0 |
| 12. | Total valuation allowance............................................ | 0 | 0 |
| 13. | Subtotal (Line 11 plus Line 12)............................................ | 0 | 0 |
| 14. | Deduct total nonadmitted amounts............................................ | 0 | 0 |
| 15. | Statement value at end of current period (Line 13 minus Line 14)............................................ | 0 | 0 |

**NONE**

# SCHEDULE BA - VERIFICATION
### Other Long-Term Invested Assets

|  | | 1<br><br>Year to Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|---|
| 1. | Book/adjusted carrying value, December 31 of prior year............................................ | 348,415 | 803,950 |
| 2. | Cost of acquired: | | |
| | 2.1 Actual cost at time of acquisition............................................ | 0 | 0 |
| | 2.2 Additional investment made after acquisition............................................ | 0 | 0 |
| 3. | Capitalized deferred interest and other............................................ | 0 | 0 |
| 4. | Accrual of discount............................................ | 0 | 0 |
| 5. | Unrealized valuation increase (decrease)............................................ | 0 | 0 |
| 6. | Total gain (loss) on disposals............................................ | 0 | 0 |
| 7. | Deduct amounts received on disposals............................................ | 0 | 0 |
| 8. | Deduct amortization of premium and depreciation............................................ | 40,116 | 166,331 |
| 9. | Total foreign exchange change in book/adjusted carrying value............................................ | 0 | 0 |
| 10. | Deduct current year's other-than-temporary impairment recognized............................................ | 10,146 | 289,204 |
| 11. | Book/adjusted carrying value at end of current period (Lines 1+2+3+4+5+6-7-8+9-10)............................................ | 298,154 | 348,415 |
| 12. | Deduct total nonadmitted amounts............................................ | 0 | 0 |
| 13. | Statement value at end of current period (Line 11 minus Line 12)............................................ | 298,154 | 348,415 |

# SCHEDULE D - VERIFICATION
### Bonds and Stocks

# SCHEDULE D - PART 1B

Showing the Acquisitions, Dispositions and Non-Trading Activity
During the Current Quarter for all Bonds and Preferred Stock by NAIC Designation

| NAIC Designation | 1<br>Book/Adjusted Carrying Value Beginning of Current Quarter | 2<br>Acquisitions During Current Quarter | 3<br>Dispositions During Current Quarter | 4<br>Non-Trading Activity During Current Quarter | 5<br>Book/Adjusted Carrying Value End of First Quarter | 6<br>Book/Adjusted Carrying Value End of Second Quarter |
|---|---|---|---|---|---|---|
| **BONDS** | | | | | | |
| 1. NAIC 1 (a) | 296,690,029 | 56,631,172 | 50,348,841 | (447,362) | 302,524,997 | |
| 2. NAIC 2 (a) | 2,986,676 | 0 | 0 | .57 | 2,986,732 | |
| 3. NAIC 3 (a) | 0 | 0 | 0 | 0 | 0 | |
| 4. NAIC 4 (a) | 0 | 0 | 0 | 0 | 0 | |
| 5. NAIC 5 (a) | 0 | 0 | 0 | 0 | 0 | |
| 6. NAIC 6 (a) | 0 | 0 | 0 | 0 | 0 | |
| 7. Total Bonds | 299,676,704 | 56,631,172 | 50,348,841 | (447,305) | 305,511,730 | 0 |
| **PREFERRED STOCK** | | | | | | |
| 8. NAIC 1 | 0 | 0 | 0 | 0 | 0 | |
| 9. NAIC 2 | 0 | 0 | 0 | 0 | 0 | |
| 10. NAIC 3 | 0 | 0 | 0 | 0 | 0 | |
| 11. NAIC 4 | 0 | 0 | 0 | 0 | 0 | |
| 12. NAIC 5 | 0 | 0 | 0 | 0 | 0 | |
| 13. NAIC 6 | 0 | 0 | 0 | 0 | 0 | |
| 14. Total Preferred Stock | 0 | 0 | 0 | 0 | 0 | |
| 15. Total Bonds and Preferred Stock | 299,676,704 | 56,631,172 | 50,348,841 | (447,305) | 305,511,730 | 0 |

(a) Book/Adjusted Carrying Value column for the end of the current reporting period includes the following amount of short-term and cash equivalent bonds by NAIC designation:
NAIC 1 $....15,833,893; NAIC 2 $..........0; NAIC 3 $..........0; NAIC 4 $..........0; NAIC 5 $..........0; NAIC 6 $..........0.

# SCHEDULE DA - PART 1
Short-Term Investments

| | 1<br>Book/Adjusted<br>Carrying Value | 2<br><br>Par Value | 3<br>Actual<br>Cost | 4<br>Interest Collected<br>Year To Date | 5<br>Paid for Accrued Interest<br>Year To Date |
|---|---|---|---|---|---|
| 9199999.............................. | ...............................15,833,893 | ..................XXX.................. | ..................................15,833,893 | ...............................47,586 | ...................................................0 |

# SCHEDULE DA - VERIFICATION
Short-Term Investments

| | 1<br><br>Year To Date | 2<br>Prior Year Ended<br>December 31 |
|---|---|---|
| 1. Book/adjusted carrying value, December 31 of prior year................................ | ...................................9,788,582 | ...................................13,772,513 |
| 2. Cost of short-term investments acquired.................................................... | ...................................25,255,274 | ...................................99,705,708 |
| 3. Accrual of discount.................................................................................. | ...................................0 | ...................................0 |
| 4. Unrealized valuation increase (decrease)................................................... | ...................................0 | ...................................0 |
| 5. Total gain (loss) on disposals................................................................... | ...................................0 | ...................................0 |
| 6. Deduct consideration received on disposals................................................ | ...................................19,209,963 | ...................................103,689,639 |
| 7. Deduct amortization of premium................................................................ | ...................................0 | ...................................0 |
| 8. Total foreign exchange change in book/adjusted carrying value....................... | ...................................0 | ...................................0 |
| 9. Deduct current year's other-than-temporary impairment recognized................. | ...................................0 | ...................................0 |
| 10. Book/adjusted carrying value at end of current period (Lines 1+2+3+4+5-6-7+8-9)... | ...................................15,833,893 | ...................................9,788,582 |
| 11. Deduct total nonadmitted amounts............................................................ | ...................................0 | ...................................0 |
| 12. Statement value at end of current period (Line 10 minus Line 11)................... | ...................................15,833,893 | ...................................9,788,582 |

# Sch. DB - Pt. A - Verification
## NONE

# Sch. DB - Pt. B - Verification
## NONE

# Sch. DB - Pt. C - Sn. 1
## NONE

# Sch. DB - Pt. C - Sn. 2
## NONE

# Sch. DB - Verification
## NONE

# Sch. E - Pt. 2 Verification
## NONE

# Sch. A Pt. 2
## NONE

# Sch. A Pt. 3
## NONE

Statement for March 31, 2020 of the **SENTINEL INSURANCE COMPANY, LTD.**

## SCHEDULE BA - PART 2

Showing Other Long-Term Invested Assets ACQUIRED AND ADDITIONS MADE During the Current Quarter

| 1 | 2 | Location | | | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 4 | | | NAIC Designation and Administrative Symbol/ Market Indicator | Date Originally Acquired | Type and Strategy | Actual Cost at Time of Acquisition | Additio Mode |
| CUSIP Identification | Name or Description | City | State | | Name of Vendor or General Partner | | | | | |



NONE

## SCHEDULE BA - PART 3

Showing Other Long-Term Invested Assets DISPOSED, Transferred or Repaid During the Current Quarter

| 1 | 2 | Location | | | 5 | 6 | 7 | 8 | Changes in Book/Adjusted Carrying Value | | | | | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 4 | | | | | | 9 | 10 | 11 | 12 | 13 | | |
| | | | | | | Date Originally Acquired | Disposal Date | Book/Adjusted Carrying Value Less Encumbrances, Prior Year | Unrealized Valuation Increase (Decrease) | Current Year's (Depreciation) or (Amortization) / Accretion | Current Year's Other-Than-Temporary Impairment Recognized | Capitalized Deferred Interest and Other | Total Change in B./A.C.V. (9+10-11+12) | Total Foreign Exchange Change in B./A.C.V. | Book/Adjusted Carrying Value Less Encumbrances on Disposal |
| CUSIP Identification | Name or Description | City | State | Name of Purchaser or Nature of Disposal | | | | | | | | | | | |
| **Joint Venture or Partnership Interests That Have Underlying Characteristics of Common Stocks - Unaffiliated** | | | | | | | | | | | | | | | |
| BHM0T2 SD 4 | CHURCHILL STATESIDE NC TAX CREDIT | CLEARWATER | FL | VARIOUS | 05/24/2013 | 03/09/2020 | 10,146 | 0 | 0 | 10,146 | 0 | (10,146) | 0 | 0 | |
| 1999999. Total - Joint Venture or Partnership Interests That Have Underlying Characteristics of Common Stocks - Unaffiliated | | | | | | | 10,146 | 0 | 0 | 10,146 | 0 | (10,146) | 0 | 0 | |
| 4899999 Subtotal - Unaffiliated | | | | | | | 10,146 | 0 | 0 | 10,146 | 0 | (10,146) | 0 | 0 | |
| 5099999 Totals | | | | | | | 10,146 | 0 | 0 | 10,146 | 0 | (10,146) | 0 | 0 | |

Statement for March 31, 2020 of the **SENTINEL INSURANCE COMPANY, LTD.**

## SCHEDULE D - PART 3

### Showing all Long-Term Bonds and Stocks ACQUIRED During Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| CUSIP Identification | Description | Foreign | Date Acquired | Name of Vendor | Number of Shares of Stock | Actual Cost | Pa |
| **Bonds - U.S. Government** | | | | | | | |
| 91282B ZS 2 | TREASURY NOTE | | 01/31/2020 | SG AMERICAS, LLC | | 7,020,508 | |
| 0599999 Total - Bonds - U.S. Government | | | | | | 7,020,508 | |
| **Bonds - U.S. States, Territories and Possessions** | | | | | | | |
| 57582R B2 1 | MASSACHUSETTS ST | | 02/19/2020 | MERRILL LYNCH, PIERCE, FENNER & SMI | | 2,010,440 | |
| 1799999 Total - Bonds - U.S. States, Territories & Possessions | | | | | | 2,010,440 | |
| **Bonds - U.S. Special Revenue and Special Assessment** | | | | | | | |
| 64972G WF 7 | NEW YORK N Y CITY MUN WTR FIN | | 02/06/2020 | RAYMOND JAMES & ASSOCIATES, INC | | 13,144,950 | |
| 3199999 Total - Bonds - U.S. Special Revenue and Special Assessments | | | | | | 13,144,950 | |
| **Bonds - Industrial and Miscellaneous** | | | | | | | |
| 86562M BW 9 | SUMITOMO MITSUI FINANCIAL GROUP IN | D | 01/06/2020 | SMBC NIKKO SECURITIES AMERICA, INC | | 9,200,000 | |
| 3899999 Total - Bonds - Industrial and Miscellaneous | | | | | | 9,200,000 | |
| 8399997 Total - Bonds - Part 3 | | | | | | 31,375,898 | |
| 8399999 Total - Bonds | | | | | | 31,375,898 | |
| 9999999 Total - Bonds, Preferred and Common Stocks | | | | | | 31,375,898 | 3 |

**QE04**

# SCHEDULE D - PART 4

Showing all Long-Term Bonds and Stocks SOLD, REDEEMED or Otherwise DISPOSED OF During Current Quarter

| 1 CUSIP Identification | 2 Description | 3 Foreign | 4 Disposal Date | 5 Name of Purchaser | 6 Number of Shares of Stock | 7 Consideration | 8 Par Value | 9 Actual Cost | 10 Prior Year Book/Adjusted Carrying Value | 11 Unrealized Valuation Increase (Decrease) | 12 Current Year's (Amortization)/Accretion | 13 Current Year's Other-Than-Temporary Impairment Recognized | 14 Total Change in B./A.C.V. (11+12-13) | 15 Total Foreign Exchange Change in B./A.C.V. | 16 Book/Adjusted Carrying Value at Disposal Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bonds - U.S. Government** | | | | | | | | | | | | | | | |
| 912828 UQ 1 | TREASURY NOTE | | 02/29/2020 | MATURED | | 30,000 | 30,000 | 29,934 | 29,998 | 0 | 2 | 0 | 2 | 0 | 30,000 |
| 912828 YS 3 | TREASURY NOTE | | 02/06/2020 | Various | | 10,095,910 | 10,000,000 | 9,853,539 | 9,853,539 | 0 | 1,337 | 0 | 1,337 | 0 | 9,854,876 |
| 912828 ZS 2 | TREASURY NOTE | | 02/19/2020 | Various | | 4,984,336 | 5,000,000 | 5,014,648 | 5,014,648 | 0 | (64) | 0 | (64) | 0 | 5,014,584 |
| 0599999. | Total - Bonds - U.S. Government | | | | | 15,110,246 | 15,030,000 | 14,898,122 | 14,883,537 | 0 | 1,275 | 0 | 1,275 | 0 | 14,899,460 |
| **Bonds - U.S. Special Revenue and Special Assessment** | | | | | | | | | | | | | | | |
| 31389J VF 7 | FNMA 30YR | | 03/01/2020 | SCHEDULED REDEMPTION | | 207 | 207 | 217 | 226 | 0 | (19) | 0 | (19) | 0 | 207 |
| 31400A GM 4 | FNMA 30YR | | 03/01/2020 | SCHEDULED REDEMPTION | | 526 | 526 | 554 | 565 | 0 | (39) | 0 | (39) | 0 | 526 |
| 64972G WF 7 | NEW YORK N Y CITY MUN WTR FIN | | 03/27/2020 | HARTFORD UNDERWRITERS INSURANCE COMPANY | | 6,724,740 | 6,000,000 | 6,933,600 | 0 | 0 | (9,804) | 0 | (9,804) | 0 | 6,923,796 |
| 3199999. | Total - Bonds - U.S. Special Revenue and Special Assessments | | | | | 6,725,473 | 6,000,733 | 6,934,371 | 790 | 0 | (9,861) | 0 | (9,861) | 0 | 6,924,529 |
| **Bonds - Industrial and Miscellaneous** | | | | | | | | | | | | | | | |
| 86562M BW 9 | SUMITOMO MITSUI FINANCIAL GROUP IN | D | 01/06/2020 | MIZUHO SECURITIES USA INC | | 9,198,436 | 9,200,000 | 9,200,000 | 0 | 0 | 0 | 0 | 0 | 0 | 9,200,000 |
| 86204@ AA 9 | STONEHENGE CAP FUND NEBRASKA III | | 03/01/2020 | SCHEDULED REDEMPTION | | 16 | 16 | 16 | 16 | 0 | 0 | 0 | 0 | 0 | 16 |
| 86203# AA 8 | STONEHENGE CAPITAL FUND CONNECTICU | | 03/15/2020 | SCHEDULED REDEMPTION | | 10,726 | 10,726 | 10,726 | 10,726 | 0 | 0 | 0 | 0 | 0 | 10,726 |
| 86198* AA 9 | STONEHENGE CAPITAL FUND NEVADA FUN | | 01/31/2020 | MATURED | | 104,147 | 104,147 | 104,147 | 104,147 | 0 | 0 | 0 | 0 | 0 | 104,147 |
| 3899999. | Total - Bonds - Industrial and Miscellaneous | | | | | 9,313,325 | 9,314,889 | 9,314,889 | 114,889 | 0 | 0 | 0 | 0 | 0 | 9,314,889 |
| 8399997. | Total - Bonds - Part 4 | | | | | 31,149,043 | 30,345,621 | 31,147,381 | 9,999,216 | 0 | (8,586) | 0 | (8,586) | 0 | 31,138,878 |
| 8399999. | Total - Bonds | | | | | 31,149,043 | 30,345,621 | 31,147,381 | 9,999,216 | 0 | (8,586) | 0 | (8,586) | 0 | 31,138,878 |
| 9999999. | Total - Bonds, Preferred and Common Stocks | | | | | 31,149,043 | XXX | 31,147,381 | 9,999,216 | 0 | (8,586) | 0 | (8,586) | 0 | 31,138,878 |

## Sch. DB - Pt. A - Sn. 1
## NONE

## Sch. DB - Pt. B - Sn. 1
## NONE

## Sch. DB - Pt. D - Sn. 1
## NONE

## Sch. DB - Pt. D - Sn. 2
## NONE

## Sch. DB - Pt. E
## NONE

## Sch. DL - Pt. 1
## NONE

# SCHEDULE E - PART 1 - CASH

## Month End Depository Balances

| 1 | | 2 | 3 | 4 | 5 | Book Balance at End of Each Month During Current Quarter | | | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 6 | 7 | 8 | |
| Depository | | Code | Rate of Interest | Amount of Interest Received During Current Quarter | Amount of Interest Accrued at Current Statement Date | First Month | Second Month | Third Month | * |
| **Open Depositories** | | | | | | | | | |
| JPMorgan Chase Bank, National Association..... New York City, New York............................ | | ............... | ......0.000 | .....................0 | .....................0 | ..............11,850 | ..............11,688 | ..................886 | XXX |
| 0199999.  Total Open Depositories........................................... | | XXX | XXX | .....................0 | .....................0 | ..............11,850 | ..............11,688 | ..................886 | XXX |
| 0399999. Total Cash on Deposit....................... | | XXX | XXX | .....................0 | .....................0 | ..............11,850 | ..............11,688 | ..................886 | XXX |
| 0599999. Total Cash................................... | | XXX | XXX | .....................0 | .....................0 | ..............11,850 | ..............11,688 | ..................886 | XXX |

## SCHEDULE E - PART 2 - CASH EQUIVALENTS

Show Investments Owned End of Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| CUSIP | Description | Code | Date Acquired | Rate of Interest | Maturity Date | Book/Adjusted Carry |

# NONE