# Exhibit F



**THE HARTFORD**
Billing Company:
Hartford Fire Insurance Company

Pay Online: www.thehartford.com/servicecenter
For Billing Questions and Address Changes Call:
**1-866-467-8730**
7 a.m. to 7 p.m. Central Time (Mon – Fri)

Report Claims 24 hours a day: 1-800-327-3636

**Bill Date: 06/29/20**  **Billing Account #: 10661737**

| Current Balance: $1,242.01 | Minimum Due: $418.67 | Due Date: 07/21/20 |

Please pay either the Current Balance or no less than the Minimum Due. By paying the Current Balance in full, you can avoid future service fees associated with administering your payment plan.

Named Insured: **ROBERT A LEVY D M D**
Your Agent: **SIEBERT INSURANCE AGENCY/WSIEBERT**
For Certificates of Insurance, Policy Changes or Coverage questions call: 1-636-343-1000

### ACCOUNT SUMMARY

| | |
|---|---|
| Previous Account Balance | $1,653.68 |
| Payments & Adjustments | -$418.67 |
| Premium Activity | $0.00 |
| New Fee(s) | $7.00 |
| Account Balance | $1,242.01 |

### IMPORTANT MESSAGES

### TRANSACTION DETAILS (since your last bill)

| Transaction Date | Transaction Description | Policy # | Policy Type | Payments/Adjustments | Premium Activity | Fee Activity |
|---|---|---|---|---|---|---|
| 06/29/20 | Service Fee | | | | | $7.00 |
| 06/15/20 | Payment- Thank You | | | -$418.67 | | |
| | | | TOTALS | -$418.67 | $0.00 | $7.00 |

Thank you for selecting The Hartford. We appreciate your business.

---

Please detach here and insert with your payment. Write the account number on the check and make payable to **The Hartford**.

Check below and **complete reverse side** to request:
☐ Address Changes

Account Number: **10661737**

Amount Enclosed: _____

| Payment Due Date | 07/21/20 |
|---|---|
| Current Balance | Minimum Due |
| $1,242.01 | $418.67 |

**Mail Payments To:**

The Hartford
P O Box 660916
Dallas, TX 75266-0916

MB 01 010569 04885 B 35 A
ROBERT A LEVY D M D
777 S NEW BALLAS ROAD
SAINT LOUIS, MO 63141-8705

8410661737753117300000041867000001242018I0002

95326404 06/29/20 24 84 10661737 63 NU57

Ex. F, pg 1

## FUTURE ACCOUNT INSTALLMENT SCHEDULE

| Bill Date | Due Date | Minimum Due |
|---|---|---|
| 06/28/20 | 07/21/20 (current due) | $418.67 |
| 07/28/20 | 08/21/20 | $411.67 |
| 08/28/20 | 09/21/20 | $411.67 |

*A $7.00 service fee will be added to each installment bill issued.*

## IMPORTANT PAYMENT-RELATED INFORMATION

We will apply payments received in the following order:
- Past due and audit premium on inactive policies
- Past due premium on active policies
- Past due fees, then
- Current account charges

Alternate payment instructions with your check will not be honored. When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic transfer from your bank account or process your payment as a check transaction.

If you believe you received this invoice in error, please contact us at 1-866-467-8730 so that we can prevent further action.

## POLICY BILLING DETAILS

| Policy Number | Policy Type/Bill Plan/Status | Policy Period | Policy Balance | Minimum Due |
|---|---|---|---|---|
| 84SBARV5801 | Business Owners/12 PAY Equal/Active | 10/21/19-10/21/20 | $930.39 | $310.13 |
| 84WECBW0373 | Workers Compensation/12 PAY Equal/Active | 10/21/19-10/21/20 | $304.62 | $101.54 |
| | New Fee(s) | | $7.00 | $7.00 |
| | | TOTALS | $1,242.01 | $418.67 |

## PAYMENT OPTIONS

- **Online** at www.thehartford.com/servicecenter. Policies subject to cancellation may not be available in our automated system.
- **AutoPay** automatically withdraws premium payments from your bank account when they're due – ensuring payments are never late and eliminating the potential for late fees. Enroll at www.thehartford.com/servicecenter or by calling 1-866-467-8730.
- **Payment by phone** allows you to make a one time payment from your bank account by calling our automated system at 1-866-467-8730. Policies subject to cancellation may not be available in our automated system.
- **Mail payment** ONLY along with the remittance stub, in the envelope provided. Allow at least 5 days for delivery. **Do not** mail any correspondence with your payment. Correspondence should be mailed to: The Hartford, 301 Woods Park Drive, Clinton, NY 13323.
- **For Overnight/Express** – send **payments only** to: Remitco – The Hartford #916, 1010 W Mockingbird Lane Suite 100, Dallas, TX 75247.

## EXPLANATION OF TERMS

**State Surcharges:** Fees that are assessed by your state and local government and paid by The Hartford to the appropriate agency. If a surcharge is applicable in your state, it will be shown separately on your invoice.

**Current Balance:** The total amount due after applying all payments, credits or additional charges received since the last insurance bill.

**New Fee(s):** The total of all fees assessed on the current bill.

**Service Fee:** A fee that is assessed on each installment invoice, except where prohibited by law.

---

**Address Changes:** Check One: ☐ Mailing address **ONLY**   ☐ Mailing address **AND** Physical Location change

Street: _____   Effective Date of change: _____

City/State/Zip: _____   Phone #: _____

Email Address: _____