IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT E. LEVY, D.M.D., LLC; VANESSA N. KELLER D.M.D. & TRISHA M. YOUNG D.M.D., P.C.; RIVKA GOLDENHERSH D.M.D., LLC; and FARHAD MOSHIRI, AND MAZYAR MOSHIRI, D.M.D., M.S., P.C., dba Moshiri Orthodontics, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FINANCIAL SERVICES GROUP INC., DBA THE HARTFORD, HARTFORD CASUALTY INSURANCE COMPANY, SENTINEL INSURANCE COMPANY, LIMITED and TWIN CITY FIRE INSURANCE COMPANY <br><br> Defendants. | Case No.: 4:20-cv-00643-SRC |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants Hartford Casualty Insurance Company ("Hartford Casualty"), Sentinel Insurance Company, Ltd. ("Sentinel"), and Twin City Fire Insurance Company ("Twin City") (collectively, "Defendants") respectfully move to dismiss the Amended Class Action Complaint ("FAC") filed by Plaintiffs Robert A. Levy, D.M.D., LLC; Vanessa N. Keller D.M.D. & Trisha M. Young D.M.D., P.C.; Rivka Goldenhersh D.M.D., LLC; and Farhad Moshiri and Mazyar Moshiri, D.M.D., M.S., P.C., dba Moshiri Orthodontics (collectively, "Plaintiffs"). Defendants are entitled to judgment on the pleadings because Plaintiffs' policies contain a virus exclusion. Defendants also are entitled to judgment on the pleadings because Plaintiffs cannot demonstrate any direct physical loss or

damage to property, which is required for all forms of coverage under the policies.

WHEREFORE, Defendants respectfully request that the Court grant this Motion, enter judgment in favor of Defendants on all claims and causes of action in the FAC, and otherwise dismiss the FAC in its entirety and with prejudice.

Dated: December 1, 2020

Respectfully submitted,

By: /s/ Patrick J. Kenny
    Patrick J. Kenny (MO #38032)
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Boulevard, Suite 1800
    St. Louis, Missouri 63105
    Tel.: (314) 621-5070
    Fax.: (314) 621-5065
    pkenny@atllp.com

- and -

Sarah D. Gordon, (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 429-3000
Fax.: (202)429.3902
sgordon@steptoe.com

- and -

Anthony J. Anscombe (*pro hac vice* forthcoming)
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel.: 312.577.1265
Fax.: 312.577.1370
aanscombe@steptoe.com

***Attorneys for Hartford Casualty Insurance Company, Sentinel Insurance Company, Ltd., and Twin City Fire Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Richard S. Cornfeld
Daniel S. Levy
LAW OFFICE OF RICHARD S. CORNFELD, LLC
1010 Market Street, Suite 1645
St. Louis, Missouri 63101
314-241-5799
rcornfeld@cornfeldlegal.com
dlevy@cornfeldlegal.com

Anthony S. Bruning
THE BRUNING LAW FIRM, LLC
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
314-735-8100
tony@bruninglegal.com

**Counsel for Plaintiff**
*Robert Levy, D.M.D., LLC,*
*Vanessa N. Keller, D.M.D. &*
*Trisha M. Young, D.M.D., P.C.,*
*Rivka Goldenshersh, D.M.D., LLC,*
*and Farhad Moshiri, and*
*Mazyar Moshiri, D.M.D., M.S., P.C.,*
*dba Moshiri Orthodontics*

                                                   */s/ Patrick J. Kenny*
                                                   Patrick J. Kenny