**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT E. LEVY, D.M.D., LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-00643-SRC |
| ) | |
| HARTFORD FINANCIAL SERVICES ) | |
| GROUP INC., et al., ) | |
| ) | |
| Defendants, ) | |

## Judgment

In accordance with the Memorandum and Order issued on this date, the Court grants [56] Defendants' Motion for Judgment on the Pleadings and dismisses all claims with prejudice.

So Ordered this 16th day of February, 2021.

_SLR.CR_

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**