# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-1446

_____

Robert Levy, D.M.D., LLC, on behalf of himself and all others similarly situated; Vanessa N. Keller, D.M.D.; Trisha M. Young, D.M.D., P.C.; Rivka Goldenhersh, D.M.D., LLC; Farhad Moshiri, D.M.D., M.S., P.C., doing business as Moshiri Orthodontics; Mazyar Moshiri, D.M.D., M.S., P.C., doing business as Moshiri Orthodontics

Plaintiffs - Appellants

v.

Hartford Casualty Insurance Company; Sentinel Insurance Company, LTD; Hartford Financial Services Group, Inc.; Twin City Fire Insurance Company

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-00643-SRC)

_____

**JUDGMENT**

Before COLLOTON, KELLY and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 07, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans